1  BARRY SIMON JAMESON
   CDCR # C88511
2  Pleasant Valley State Prison
   California Department of
3  Corrections and Rehabilitation
   Post Office Box 8502
4  Coalinga, CA 93210-8502
   No Telephone, Fax or E-Mail
5  Petitioner,
   Representing Self and
6  Layman at Law, Under
   Disability of Imprisonment
7

8            UNITED STATES DISTRICT COURT

9              DISTRICT OF CALIFORNIA

10 BARRY SIMON JAMESON,              No.

11          Petitioner,

12     versus

13 JAMES A. YATES,

14          Respondent(s).

15

16

17     EXHIBITS FOR PETITION FOR WRIT OF
       HABEAS CORPUS

18

19

20

21

22

23

24

25

26

27

28

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-85)

# EXHIBIT A

1A

258

**DEPT.** SC G

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

JUNE 15, 1984

ABLE:

KURT J LEWIN

N NAVARRE

JUDGE

Deputy Sheriff

L RIVAS , Deputy Clerk

G DONESTER , Reporter

(Parties and counsel checked if present)

| A 626213 | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA | Counsel for Plaintiff | R Philibosian , DISTRICT ATTY. BY |
| VS | | t smith DEPUTY |
| 01 JAMESON, BARRY | Counsel for Defendant | W Littlefield , PUBLIC DEFENDER BY |
| 187 01CT    PRIOR | | L MCMILLAN DEPUTY |

NATURE OF PROCEEDINGS PROBATION AND SENTENCE

(Boxes checked if order applicable)

DEFENDANT'S MOTION FOR NEW TRIA L IS DENIED

COURT ADIVSES DEFENDANT OF HIS APPEAL RIGHTS

PROBATION DENIED. SENTENCE AS INDICATED BELOW.

Whereas the said defendant having.....BEEN.....duly.....FOUND guilty in this court of the crime of MURDER, IN VIOLATION OF SECTION 187 OF THE PENAL CODE , A FELONY AS CHARGED IN COUNT I OF THE INFORMATION AND FURTHER FIND IT TO BE MURDER IN THE SECOND DEGREE.

COURT SELECTS FIFTEEN YEARS FOR THE BASE TERM AS TO COUNT I PLUS ONE YEAR PURSUANT TO PENAL CODE SECTION 12022(b) CONSECUTIVE PLUE ONE YEAR PURSUANT TO 667.5(b) & 1203(e)(4) PENAL CODE CONSECUTIVE.

It is Therefore Ordered, Adjudged and Decreed that the said defendant be punished by imprisonment in the State Prison.

FIFTEEN YEARS TO LIFE, PLUE ONE YEAR PURSUANT 12022(b) AND ONE YEAR FOR SECTION 667.5(b) & 1203(e)(4) PENAL CODE, FOR A TOTAL OF 17 YEARS TO LIFE

☒ Defendant is given credit for............441.............days in custody, includes 147 days GT/WT. It is further Ordered that the defendant be remanded into the custody of the Sheriff of the County of Los Angeles and delivered by him into the custody of the Director of Corrections at the California State Institution

☒ for Men at Chino, California

☐ for Women at Frontera, California

ENTERED

JUNE 15, 1984

JOHN J CORCORAN

COUNTY CLERK

AND CLERK OF THE

☐ Remaining count(s) dismissed in interests of justice.

☐ Bail exonerated.

J



| California Department of Corrections OPERATIONS MANUAL | Chapter: 70000 Case Records Information |
|---|---|
| | Subchapter: 73000 Legal |
| | Section: 73030 Time Computations |

**73030.8.7 MAXIMUM RELEASE DATE**

The maximum release date is calculated by adding the term ordered by the court to the term starts date and subtracting applicable preprison credits.

**73030.8.8 MINIMUM RELEASE DATES**

ISL (crime committed prior to 7-1-77):

- The minimum term is established by statute.

- The minimum eligible parole date (MEPD) is determined by adding the statutory minimum term of confinement or the result of computation of aggregate minimum terms to the received date and subtracting any applicable preprison credits.

DSL (PC Section 2931, crime committed on or after 7-1-77):

The minimum DSL (MIN DSL) release date is calculated by subtracting all applicable days of goodtime credit from the maximum release date.

- This date shall be adjusted by any credits forfeited and/or restored in the disciplinary process.

DSL IWTIP (PC Section 2933, crime committed on or after 1-1-83):

The earliest possible release date (EPRD) is determined in these steps:

- Subtract all earned worktime credit, adjusted by any loss/restoration, from the maximum release date, the result of which is the current release date.

- Subtract from the current release date the date through which credit was applied.

- Divide the remaining number of days eligible for credit based on credit earning status.

- Subtract the resulting number of days from the current release date. That date is the EPRD.

An EPRD is a projected date contingent upon the inmate remaining in the same credit earning work group, having no unexcused absences and no forfeited or restored credit.

---

| CDC NUMBER | ALPHA ID | NAME | | TERM STARTS | |
|---|---|---|---|---|---|
| C-88511 | | JAMESON, Barry | | 07-02-84 | WHITE |

| MAX. RELEASE DATE | MIN. RELEASE DATE | MIN. ADJ. RELEASE DATE | PAROLE PERIOD |
|---|---|---|---|
| 8-10-99 TO BE DETERMINED | MEPD: 8-7-94 | GT CR LOST/m LARGE/BAIL 3-00-95 | 05 Years |

BASE TERM ___15-00___ + ENHANCEMENTS ___02-00___ = TOTAL TERM ___17-LIFE___

GOOD TIME CREDITS AVAILABLE (2931 PC) (PC _921_ BC _464 660_ ) = _921_

PRE PRISON CREDITS:        CASE NO. __IA A626213__

HEARINGS:
RX:    04-85  Dec #2
DOC:   12-87  13/90
INIT:  11-93  1/94
       10-92  3/93
       11/92

| | |
|---|---|
| 2900.5 PC | 294 |
| 1202.03 PC | |
| 2900.1 PC | |
| CRC | |
| Mental Health | |
| 4019 PC | 147 |
| 2931 PC | |
| Post Sentence | 16 |

2934 pc

TOTAL PRE PRISON CREDITS (DAYS) ___457___

REGISTRATION REQUIRED PER _____

| DATE REC'D | CO. CASE NO. | CT. | CODE & OFFENSE | TYPE WPN. | DATE OF OFFENSE | SENTENCE DATE |
|---|---|---|---|---|---|---|

CONTROLLING PRINCIPAL AND CONSECUTIVE (INCLUDING ENHANCEMENT) OFFENSE(S):

| 84 | IA A626213 01-PPT | 01 | P187 MURDER 2nd 15-LIFE | | 12-29-82 | 06-15-84 |
| | | | P12022(b) W/USE D/W | KNIFE | | |

Correction
F/S

ATTORNEY:  L. McMillan
GATING AGENCY:  Los Angeles Sheriff

NAME    JAMESON        C-88511        LPU        11-11-84        RD/mlb

CDC 188C (1/81)                     Ex. P.

# EXHIBIT B

## [X]  THREE-YEAR REVIEW

## [ ] PAROLE CONSIDERATION HEARING (LIFE HEARING)

## [ ] PROGRESS HEARING

**To Complete Form:**

To CDCR Staff: Document each year from date life term starts to present.

To BPT Staff:  For each year added, apply original parole date guidelines (i.e. 0-2 months for PBR and 0-4 months for BPT. See California Code of Regulations, Title 15, Sections 2290-2292, 2410 and 2439)

| CREDIT APPLIED | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| 07/02/02 TO 07/01/03 | | | **PLACEMENT:**   REMAINED AT FOLSOM STATE PRISON (FSP) UNTIL TRANSFERRED TO AVENAL STATE PRISON (ASP) ON 12/18/02.  JAMESON TRANSFERRED TO PLEASANT VALLEY STATE PRISON LEVEL-III (PVSP-III) ON 6/4/03 AND REMAINED AT PVSP FOR THE REMAINDER OF THE REVIEW PERIOD. **CUSTODY:**  MEDIUM-A CUSTODY UNTIL 1/2/03, WHEN MAXIMUM CUSTODY WAS ESTABLISHED DUE TO JAMESON NOT MEETING THE CRITERIA FOR LEVEL-II PLACEMENT.  REMAINED MAXIMUM CUSTODY UNTIL 6/12/03, WHEN INITIAL CLASSIFICATION AT PVSP ESTABLISHED MEDIUM-A CUSTODY. **VOCATIONAL TRAINING:**  NONE NOTED FOR THIS REVIEW PERIOD. **ACADEMICS:**  NONE NOTED FOR THIS REVIEW PERIOD. **WORK RECORD:**   WORK GROUP/PRIVILEGE GROUP (WG/PG) A1/A EFFECTIVE 11/17/99.   CDC-101 DATED 9/30/02 INDICATES EXCEPTIONAL EVALUATION. ASSIGNED TO YARD CREW. **GROUP ACTIVITIES:**   CDC-128B DATED 10/10/02 REFLECTS JAMESON'S PARTICIPATION IN THE "FITNESS AND WELLNESS" PROGRAM AT FSP. **PSYCHIATRIC TREATMENT:**  NO PSYCHIATRIC TREATMENT RECEIVED FOR THIS REVIEW PERIOD. **PRISON BEHAVIOR:**   REMAINED DISCIPLINARY FREE FOR THIS REVIEW PERIOD. **OTHER:** NONE NOTED FOR THIS REVIEW PERIOD. |
| 07/02/03 TO 07/01/04 | | | **PLACEMENT:**  REMAINED AT PVSP-III FOR THE ENTIRE REVIEW PERIOD. **CUSTODY:**  REMAINED MEDIUM-A FOR THE ENTIRE REVIEW PERIOD. **VOCATIONAL TRAINING:**  NONE NOTED FOR THIS REVIEW PERIOD. **ACADEMICS:**  NONE NOTED FOR THIS REVIEW PERIOD. |

M. DAVIS, CCI      _MDavis CCP_          Date    9-14-05

| NAME | CDCR# | PRISON | CALENDAR |
|---|---|---|---|
| JAMESON, BARRY | C-88511 | PVSP | 8/2005 |

BPT 1004 (REV. 01/02)                    1

| CREDIT APPLIED | | | |
|---|---|---|---|
| YEAR | BPT | PBR | REASONS |
| CONT.<br>07/02/03<br>TO<br>07/01/04 | | | **WORK RECORD:** ASSIGNED AS FACILITY 'A' BUILDING PORTER FROM 7/18/03 THROUGH 4/29/04. UNASSIGNED DUE TO MISSION CHANGE ON FACILITY 'A' FOR THE REMAINDER OF THIS REVIEW PERIOD.<br>**GROUP ACTIVITIES:** NONE NOTED FOR THIS REVIEW PERIOD.<br>**PSYCHIATRIC TREATMENT:** NO PSYCHIATRIC TREATMENT RECEIVED FOR THIS REVIEW PERIOD.<br>**PRISON BEHAVIOR:** REMAINED DISCIPLINARY FREE FOR THIS REVIEW PERIOD.<br>**OTHER:** NONE NOTED FOR THIS REVIEW PERIOD. |
| 07/02/04<br>TO<br>07/01/05 | | | **PLACEMENT:** REMAINED AT PVSP-III FOR THE ENTIRE REVIEW PERIOD.<br>**CUSTODY:** REMAINED MEDIUM-A FOR THE ENTIRE REVIEW PERIOD.<br>**VOCATIONAL TRAINING:** NONE NOTED FOR THIS REVIEW PERIOD.<br>**ACADEMICS:** NONE NOTED FOR THIS REVIEW PERIOD.<br>**WORK RECORD:** ASSIGNED AS FACILITY 'B' BUILDING PORTER ON 7/13/04. REMAINED IN THAT POSITION FOR THE REMAINDER OF THIS REVIEW PERIOD.<br>**GROUP ACTIVITIES:** NONE NOTED FOR THIS REVIEW PERIOD.<br>**PSYCHIATRIC TREATMENT:** NO PSYCHIATRIC TREATMENT RECEIVED FOR THIS REVIEW PERIOD.<br>**PRISON BEHAVIOR:** REMAINED DISCIPLINARY FREE FOR THIS REVIEW PERIOD.<br>**OTHER:** NONE NOTED FOR THIS REVIEW PERIOD. |
| 07/02/05<br>TO<br>08/15/05<br>PRESENT | | | **PLACEMENT:** REMAINED AT PVSP-III FOR THE ENTIRE REVIEW PERIOD.<br>**CUSTODY:** REMAINED MEDIUM-A FOR THE ENTIRE REVIEW PERIOD.<br>**VOCATIONAL TRAINING:** NONE NOTED FOR THIS REVIEW PERIOD.<br>**ACADEMICS:** NONE NOTED FOR THIS REVIEW PERIOD.<br>**WORK RECORD:** CONTINUED ASSIGNMENT AS FACILITY 'B' BUILDING PORTER FOR THE ENTIRE REVIEW PERIOD.<br>**GROUP ACTIVITIES:** NONE NOTED FOR THIS REVIEW PERIOD.<br>**PSYCHIATRIC TREATMENT:** NO PSYCHIATRIC TREATMENT RECEIVED FOR THIS REVIEW PERIOD.<br>**PRISON BEHAVIOR:** REMAINED DISCIPLINARY FREE FOR THIS REVIEW PERIOD.<br>**OTHER:** NONE NOTED FOR THIS REVIEW PERIOD. |

| NAME | CDCR# | PRISON | CALENDAR |
|---|---|---|---|
| JAMESON, BARRY | C-88511 | PVSP | 8/2005 |

BPT 1004 (REV. 01/02)    2

Name and Number: _Jameson  Barry  C06511_          CDC-128B

In preparation for the Scheduled Board of Prison Terms Life Prisoner Hearing:

☐ No accommodation is required per the Armstrong II Remedial Plan.

☐ Accommodation to effectively communicate is required per Armstrong II Remedial plan and
was accomplished by _____.

☒ I received a copy of the Life Prisoner Hearing <u>Board</u> Report.

☐ I received a copy of the Life Prisoner Hearing <u>Board & Psychiatric</u> Reports.

☐ I received a copy of the Life Prisoner Hearing <u>Psychiatric</u> Report. **(Clinician Only)**

_BJameson  C88511_                    _____    _____

‾‾‾‾‾‾Inmate Signature / CDC #‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾Staff Signature / Title‾‾‾‾‾‾

Date: _9-19-05_                    Institution :                    GENERAL CHRONO

```
        This "Chrono" was given to Petitioner
        by a CDCR staff member on the same
        date his "hearing" was held on 19 September
        2005.  Therefore, he had no chance to
        correct erroneous information used at the
        hearing, and the parole board does not
        accept appeals anymore.
```

9

# EXHIBIT C

C-88511    JAMESON, Barry    TERM STARTS    07-02-84    WHITE

MAX. RELEASE DATE
8-10-99
TO BE DETERMINED

MIN. RELEASE DATE
MEPD:

MIN. ADJ. RELEASE DATE
GT CR LOST/AT LARGE/BAIL
3-30-95

PAROLE PERIOD
05 Years

BASE TERM    15-00    + ENHANCEMENTS    02-00    = TOTAL TERM    17-LIFE

GOOD TIME CREDITS AVAILABLE (2931 PC) (PC ___  EC ___ ) = ___ 921

PRE PRISON CREDITS:    CASE NO.    IA A626213

HEARINGS:
RX:    04-85
DOC:    12-87  12/90
INIT:    10-92  3/93
        11/92

| | |
|---|---|
| 2900.5 PC | 294 |
| 1202.03 PC | |
| 2900.1 PC | |
| CRC | |
| Mental Health | |
| 4019 PC | 147 |
| 2931 PC | |
| Post Sentence | 16 |

2934 pc

TOTAL PRE PRISON CREDITS (DAYS)    457

REGISTRATION REQUIRED PER

| DATE REC'D | CO. CASE NO. | CT. | CODE & OFFENSE | TYPE WPN. | DATE OF OFFENSE | SENTENCE DATE |
|---|---|---|---|---|---|---|

CONTROLLING PRINCIPAL AND CONSECUTIVE (INCLUDING ENHANCEMENT) OFFENSE(S):

| | | | | | | |
|---|---|---|---|---|---|---|
| 02-84 | IA A626213 01-PPT | 01 | P187 MURDER 2nd 15-LIFE | | 12-29-82 | 06-15-84 |
| | | | P12022(b) W/USE D/W | KNIFE | | |

Correction
F/S

DEFENSE ATTORNEY:  L. McMillan
INVESTIGATING AGENCY:  Los Angeles Sheriff

NAME    JAMESON    C-88511    LPU    11-11-84    RD/mlb

CDC 188C (1/81)    Ex. P.



| | California Department of Corrections OPERATIONS MANUAL | Chapter: 70000 Case Records Information |
|---|---|---|
| | | Subchapter: 73000 Legal |
| | | Section: 73030 Time Computations |

**73030.8.7 MAXIMUM RELEASE DATE**

The maximum release date is calculated by adding the term ordered by the court to the term starts date and subtracting applicable preprison credits.

**73030.8.8 MINIMUM RELEASE DATES**

ISL (crime committed prior to 7-1-77):

- The minimum term is established by statute.

- The minimum eligible parole date (MEPD) is determined by adding the statutory minimum term of confinement or the result of computation of aggregate minimum terms to the received date and subtracting any applicable preprison credits.

DSL (PC Section 2931, crime committed on or after 7-1-77):

The minimum DSL (MIN DSL) release date is calculated by subtracting all applicable days of goodtime credit from the maximum release date.

- This date shall be adjusted by any credits forfeited and/or restored in the disciplinary process.

DSL IWTIP (PC Section 2933, crime committed on or after 1-1-83):

The earliest possible release date (EPRD) is determined in these steps:

- Subtract all earned worktime credit, adjusted by any loss/restoration, from the maximum release date, the result of which is the current release date.

- Subtract from the current release date the date through which credit was applied.

- Divide the remaining number of days eligible for credit based on credit earning status.

- Subtract the resulting number of days from the current release date. That date is the EPRD.

An EPRD is a projected date contingent upon the inmate remaining in the same credit earning work group, having no unexcused absences and no forfeited or restored credit.

VESTED CREDITS

PURSUANT TO PC 2934

A 1. Date Signed Waiver                                               83-10-30

2. Date Received CDC-on controlling term                    -   84-7-2

3. Days served to Date                                           =   475

4. Days Post Sentence Credit                                    +   16

5. Total Days Served to Date                                    =   501

B 1. Credits to be Vested Pursuant
to PC 2934 (A 5 ÷ 2) (Reduce
fraction to lower whole number)                              =   250

C 1. Date Received CDC-on controlling term                     84-7-2

2. Term                                                         +   17-0-0

=   2001-7-2

3. Pre-Sentence Credits                                        -   457

=   2000-4-1

4. Minus B 1                                                   -   250

5. Max Date                                                    =   99-7-26

6. Credits Lost Per PC 2932                                         15

7. Max Date                                                    =   99-8-10

D 1. Date Signed Waiver                                        -   85-10-30

2. No. of Days Left to Serve Pursuant
to PC 2933                                                   =   5032

3. Divide Line 3 by 2 (Reduce fraction
to lower whole number)                                      =   2516

4. Earliest Possible Release Date
Subtract Line 3 from Line C7                                =   92-9-19

E 1. Parole Referral Date
9 months prior to D4                                        =

_X. De Firan, CCRS_                    _2-3-88_
Correctional Case Records Staff, Title         DATE

CDC _C 88541_        NAME _Martinez_         INSTITUTION _Folsom_

 

**RECALCULATION OF MEPD FOR 15-LIFE AND 25-LIFE PRISONERS**
**RECEIVED PRIOR TO 5-27-87**
PURSUANT TO IN RE MONIGOLD (1988) 205 CAL. APP. 3d 1224
NO DSL TERM OR DSL TERM COMPLETED

A. CREDITS VESTED PER PC2934 (If offense date prior to 1-1-83)
   1. Total days served prior to waiver date (Waiver date
      - received date + postsentence credit)
   2. A1 ÷ 2 (round down)                                    = _501_
   3. Less credits lost per PC2932                           - _250_ ✓
   4. Credits to be vested                                   - _15_
   ================================================================ = _235_

B. MAXIMUM ELIGIBLE PAROLE DATE
   1. _84-7-2_ + _17yrs_                                     = _2001-7-2_
      RECEIVED DATE      TOTAL TERM                            BASE DATE
   2. Less total preconfinement credit                       - _457_
   3. Less A4 OR vest 1/2 postsentence credit                - _235_
   4. MAXIMUM ELIGIBLE PAROLE DATE                           = _99.8.10_

C. WORKTIME CREDIT PER PC2933/PC2934
   1. Less NET worktime credit earned from waiver/
      received date through 2-15-89 or end of DSL            - _1065_ ✓
      term if later
   2. Current MEPD (cannot exceed B4)                        = _96.9.9_

D. GOOD TIME CREDIT PER PC2931
   1. Date credit applied through (2-15-89                   - _842.15_
      or date DSL term ends if later)
   2. Days left to serve                                     = _2763_
   3. Divide by 3 (round up)                                 = _921_
   4. PC Balance (D3 ÷ 4)                                    = _230_
   5. BC Balance (D4 x 3)                                    = _691_
   ================================================================
E. RECALCULATED MEPD (C2 - D3)                               = _94.3.3_
   1. Add credits lost for CDC 115's after D1        + PC___ BC___
   2. Subtract restorations for credit losses in E1  - PC___ BC___
   3. New PC/BC Balance                              PC= _230_ BC= _691_
   4. Add any 7 or 9 year MEPD CS Life term(s)                + _0_

F. ADJUSTED MEPD (E + E1 - E2 + E4)                          = _94.3.3_
   ================================================================
G. INITIAL PAROLE CONSIDERATION HEARING                      = _2/93_
   (13 months prior to F)                                     month/year

H. NEXT DOCUMENTATION HEARING    # _2_                       = _12/91_
                                                              month/year
   ================================================================
   Your Minimum Eligible Parole Date has been recalculated pursuant to
   In Re Monigold and you have been granted _1065_ days worktime credit
   from _10-30-85_ through 2-15-89/the end of your DSL term (circle one).
   Your recalculated/adjusted (circle one) MEPD is _3.3.94_. Your initial
   life parole consideration hearing will be scheduled during the month
   of _2/93_/first available calendar (circle one).

   _S Sawyer CRRS_                    _10/23/89_
   CASE RECORDS STAFF                  DATE

C 88511            _Camoson_                    _Nor_

RECALCULATION OF MEPD FOR 15-LIFE AND 7-LIFE PRISONERS
( RECEIVED PRIOR TO 5-27-? )
PURSUANT TO: _ RE MONIGOLD (1988) 205 C.A. APP. 3d 1224
NO DSL TERM OR DSL TERM COMPLETED

*To: BECKY DARDEN*
*916-324-1345*

**A. CREDITS VESTED PER PC2934 (If offense date prior to 1-1-83)**
 1. Total days served prior to waiver date (Waiver date
    – received date + postsentence credit)                       =  *501*
 2. A1 ÷ 2 (round down)                                           =  *250*
 3. Less credits lost per PC2932                                  –  *0*
 4. Credits to be vested                                          =  *250*

**B. MAXIMUM ELIGIBLE PAROLE DATE**
 1.   *7-2-84*        +      *17*                                 =  *7-2-2001*
    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾      ‾‾‾‾‾‾‾‾‾‾‾
    RECEIVED DATE       TOTAL TERM                                   BASE DATE
 2. Less total preconfinement credit                             –  *457*
 3. Less A4 OR vest 1/2 postsentence credit                      –  *250*
 4. MAXIMUM ELIGIBLE PAROLE DATE                                 =  *1-26-1999*

**C. WORKTIME CREDIT PER PC2933/PC2934**
 1. Less NET worktime earned from waiver/
    received date through 2-15-89 or end of DSL                   –  *1176*
    term if later
 2. Current MEPD (cannot exceed B4)                               =  *5-6-96*

**D. GOOD TIME CREDIT PER PC2931**
 1. Date credit applied through (2-15-89
    or date DSL term ends if later)                               =  *2-15-89*
 2. Days left to serve                                            =  *2637*
 3. Divide by 3 (round up)                                        =  *879*
 4. PC Balance (D3 ÷ 4)                                           =  *220*
 5. BC Balance (D4 x 3)                                           =  *1060*

**E. RECALCULATED MEPD (C2 – D3)**                                =  *12-9-93*
 1. Add credits lost for CDC 115's after D1            + PC          BC *60*
 2. Subtract restorations for credit losses in E1      – PC          BC
 3. New PC/BC Balance                             PC=  *220* BC=  *600*
 4. Add any 7 or 9 year MEPD CS Life term(s)                      +

**F. ADJUSTED MEPD (E + E1 – E2 + E4)**                          =  *2-7-94* *au*
                                                                    *Yau*
                                                                    *She*
**G. INITIAL PAROLE CONSIDERATION HEARING**                     =  *1-93*
   (13 months prior to F)                                           month/year

**H. NEXT DOCUMENTATION HEARING**   *12-90*                      =
                                                                    month/year

Your Minimum Eligible Parole Date has been recalculated pursuant to
In Re Monigold and you have been granted _____ days worktime credit
from _____ through 2-15-89/the end of your DSL term (circle one).
Your recalculated/adjusted (circle one) MEPD is _____. Your initial
life parole consideration hearing will be scheduled during the month
of _____ /first available calendar (circle one).

*O'Connor CCRS*                    *10-15-80*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾               ‾‾‾‾‾‾‾‾‾‾‾‾
CASE RECORDS STAFF                       DATE

*C88511*          *Jameson, Barry*          *Rod*
‾‾‾‾‾‾‾‾‾‾        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾‾
NUMBER                 NAME                 INSTITUTION
5/89                 FORM A – SIDE 1

STATE OF CALIFORNIA
CREDIT/TERM COMPUTATION

**A.** MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

1. _____ *1-9-85* _____ + ____ *15* ____ = ____ *1-9-2000* ____
   RECEIVED DATE              TOTAL TERM            BASE DATE

2. Less total preconfinement credit       - ____ *0* ____

3. MAXIMUM ELIGIBLE PAROLE DATE          = ____ *1-9-2000* ____

**B.** GOOD TIME CREDIT

1. Received date or 7-1-77
   whichever is later          = ____ *1-9-85* ____

2. Days in custody of department = ____ *5478* ____

3. Postsentence               + ____ *0* ____

4. Days in custody on which
   GTC may be earned          = ____ *5478* ____

5. ÷ 3 = GOOD TIME CREDIT         = ____ *1826* ____

**C.** MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5)   = ____ *1-9-95* ____

COMMENTS:    * *Term starts for Life*          + ____ *141* ____
                 *from a or DSH*

____ *losses 1-26-86  61 BC · Restored 11-5-87* ____          ____ *5-30-95* ____
     *9-2-86  100 BC · Restored (50) 11-5-87*
     *12-12-87  61 BC*                                        *Int: 4/94*
     *6-20-88  30 BC*

Computed by ____ *C Stackersky  8-22-89* ____
              Case Records   *Spec.*        date

Audited by _____
              Case Records           date

COPIED AT STATE EXPENSE

NAME                    NUMBER              INSTITUTION        DATE

*Jameson*              *C-88511*          *CSP/Vac*        *8-22-*

RECALCULATION OF MEPD FOR 15-LIFE AND 25-LIFE PRISONERS
RECEIVED PRIOR TO 5-27-87
PURSUANT TO IN RE MONIGOLD (1988) 205 CAL. APP. 3d 1224
NO DSL TERM OR DSL TERM COMPLETED

A. CREDITS VESTED PER PC2934 (If offense date prior to 1-1-83)
   1. Total days served prior to waiver date (Waiver date
      - received date + postsentence credit)                    = 501
   2. A1 ÷ 2 (round down)                                        = 250
   3. Less credits lost per PC2932                               - 0
   4. Credits to be vested                                       = 250
==============================================================================
B. MAXIMUM ELIGIBLE PAROLE DATE
   1. __7-2-84__ + __17__                                        = 7-2-2001
      RECEIVED DATE    TOTAL TERM                                  BASE DATE
   2. Less total preconfinement credit                           - 454
   3. Less A4 OR vest 1/2 postsentence credit                    - 250
   4. MAXIMUM ELIGIBLE PAROLE DATE                               = 7-26-99

C. WORKTIME CREDIT PER PC2933/PC2934
   1. Less NET worktime credit earned from waiver/
      received date through 2-15-89 or end of DSL               - 1176 ✓
      term if later
   2. Current MEPD (cannot exceed B4)                           = 5-6-96

D. GOOD TIME CREDIT PER PC2931
   1. Date credit applied through (2-15-89
      or date DSL term ends if later)                           - 2-15-89
   2. Days left to serve                                        = 2637
   3. Divide by 3 (round up)                                    = 879
   4. PC Balance (D3 ÷ 4)                                       = 000 219 = 879
   5. BC Balance (D4 x 3)                                       = 660
==============================================================================
E. RECALCULATED MEPD (C2 - D3)                                  = 12-9-93
   1. Add credits lost for CDC 115's after D1           + PC____ BC____
   2. Subtract restorations for credit losses in E1     - PC____ BC____
   3. New PC/BC Balance                                   PC-219 BC=660
   4. Add any 7 or 9 year MEPD CS Life term(s)                  +

F. ADJUSTED MEPD (E + E1 - E2 + E4)                             = 12-9-93
==============================================================================
G. INITIAL PAROLE CONSIDERATION HEARING                         = 11/92
   (13 months prior to F)                                         month/year

H. NEXT DOCUMENTATION HEARING   # 2                             = 2/90
                                                                  month/year
==============================================================================

Your Minimum Eligible Parole Date has been recalculated pursuant to
In Re Monigold and you have been granted __1176__ days worktime credit
from __10-30-85__ through 2-15-89/the end of your DSL term (circle one).
Your recalculated/adjusted (circle one) MEPD is __12-9-93__. Your initial
life parole consideration hearing will be scheduled during the month
of __11/92__/first available calendar (circle one).

V. Raso                                    7-14-90
CASE RECORDS STAFF                         DATE

288511        Jameson                      CRF
NUMBER        NAME

17

VESTED CREDITS

## PURSUANT TO PC 2934

A   1.   Date Signed Waiver                                            10-30-85

2.   Date Received CDC – on Controlling Term        −     7-2-84

3.   Days Served to Date                                       =     485

4.   Days Post Sentence Credit                            +     16

5.   Total Days Served to Date            ...             =     501

B   1.   Credits to be Vested Pursuant
to PC 2934  (A 5 ÷ 2)  (Reduce
fraction to lower whole number)                =     250

C   1.   Date Received CDC – on Controlling Term             7-2-84

2.   Term                                                             +     17 yrs

=     7-2-2001

3.   Pre-Sentence Credits                                   −     457

=     4-1-2000

4.   Minus B 1                                                     −     250

5.   Max Date                                                     =     7-26-1999

6.   Credits Lost per PC 2932                            +     15

7.   Adjusted Max Date                                      =     8-10-1999

D   1.   Date Signed Waiver                                    −

2.   No. of Days Left to Serve Pursuant
to PC 2934                                                =

3.   Divide line 2 by 2 (Reduce Fraction
to Lower Whole Number)                          =

4.   Earliest Possible Release Date
Subtract Line 3 From Line C 7                   =

Correctional Case Records Staff

CDC   C88511   NAME   JAMESON   INSTITUTION   FOLSOM



| | California Department of Corrections OPERATIONS MANUAL | Chapter: 70000<br>Case Records Information |
|---|---|---|
| | | Subchapter: 73000<br>Legal |
| | | Section: 73010<br>Legal Status Information |

A separate BPT Form 1010 shall be used by the specialist to compute the release date for the DSL indeterminate case. This BPT Form 1010 shall be attached to the original form with a notation, "see ISL BPT Form 1010 dated _____."

This release date shall be used as the term start date in the computation on the CDC Form 678, Confinement Computation, for the recalculation of the remaining counts or cases.

A PC 1170.2(b) (extended term) screening shall be made at the time of initial processing to ensure completion prior to 90 days after receipt.

Upon completion of the recalculation of the counts or cases, the CDC Form 678 shall be presented to a BPT panel for signature.

**73010.6.17 DETERMINATE 1-YEAR AND- 1-DAY TERMS**

PC 4532(a), Escape From County Jail Without Force, where the crime was committed on or after 1-1-85, has a determinate sentence of one year and one day.

The procedure for producing a manual face sheet as outlined in DOM Subsection 73010.6 shall be followed except for DOM Subsection 73010.6.3, Release Data. Release dates shall not be calculated by the LPU on these cases. The specialist at the institution housing the inmate shall compute the release date upon receipt of the manual face sheet.

No referral to the BPT is required and those cases are calculated in the same manner as for other DSL terms.

**73010.6.18 INFORMATION RECORDED ON BOTTOM OF CDC FORM 188**

On cases with life terms, enter the following information above the name, number, etc., at the bottom of the first page:

- Defense Counsel.

- Investigating agency.

Record on each page of the Cumulative Case Summary the last name, number, unit of the Department, date, the initials of the CRS who calculated the case and the initials of the typist.

EXAMPLE:

JONES    A50000      RC-C      1-12-88      RO/cs

THESE TERM FIXING FORMS THAT
ARE ENCLOSED ARE ADDED TO SHOW
THAT IT WAS NOT A CLERICAL
ERROR AND THAT OTHERS SIMILARLY
SITUATED FROM DIFFERENT PRISONS
THROUGHOUT CDC ALSO RECEIVED SUCH
DATES, AS IT WAS MANDATED PER THE
LAW AND CDC POLICY AND PROCEDURE

CALCULATION WORKSHEET
OBIS CREDIT CODE 32
CDC 1897M (04/00)

## CALCULATION WORKSHEET FOR INDETERMINATE PC SECTION 2931

This form is used to calculate the Minimum Eligible Parole Date (MEPD) for inmates serving indeterminate (ISL) terms eligible for credit per Penal Code (PC) Section 2931. (Note: Inmates convicted of murder committed on/after June 3, 1998 are ineligible for credit, per PC Section 2933.2.) ISL PC Section 2931 terms are entered into the Offender Based Information System (OBIS) as a Credit Code 32.

### Section A - Original MEPD Calculation

1. Start Date                     9/16/97

2. Plus Time Imposed        +    25 YRS
                             =    9/16/2022

3. Minus Pre/Postsentence Credit   1771
                             =    11/16/2017

4. Minus Vested Credit      5    −    2
   (1/2 postsentence credit)    =    11/8/2017

5. Plus Dead Time           +    0
                             =    11/8/2017

6. Equals Maximum Eligible Parole Date   11/8/2017

7. Minus Start Date (Line A-1)   −   9/16/97

8. Equals days to serve     =    7358

9. Minus Dead Time          −    0

10. Equals Days Where Credit May Be Applied   =   7358

11. Equals CDC Conduct Credit   =    2453
    (divide Line A-10 by 3, round up)

12. Maximum Eligible Parole Date (Line A-6)    11/8/2017

13. Minus CDC Conduct Credit (Line A-11)   −   2453

14. Equals Original MEPD   =    9/20/2011

### Section B - Participation Credit (PC)

1. CDC Conduct Credit (Section A, Line 11)   _____

2. Divide Line B-1 by 4, equals Participation Credit   *   _____

Any fractions over 0.5 are rounded up and fractions under 0.5 are rounded down. When the fraction is exactly 0.5, the PC is rounded down and the BC is rounded up per DOM Section 73030.8.10.

#### Participation Credit Losses/Restorations

| Date of CDC 115 | Loss | Restored | Net Loss |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. Net PC Losses (cannot exceed Line B-2):   _____

### Section C - Behavior Credit (BC)

1. Participation Credit (Section B, Line 2)   _____

2. Multiply Line C-1 by 3, equals Behavior Credit   *   _____

#### Behavior Credit Losses/Restorations

| Date of CDC 115 | Loss | Restored | Net Loss |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

3. Net BC Losses (cannot exceed Line C-2):   _____

### Section D: Calculating Adjusted MEPD

Original MEPD (from Section A, Line 14)   _____

Plus Net PC and BC Losses (Line B-3 plus Line C-3)   +   _____

Equals Adjusted MEPD (cannot exceed Maximum Eligible Parole Date)   =   _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Maximum Eligible Parole Date (from Section A, Line 6)   _____

| CALCULATED BY (Name and Title)   Hill, Cera | DATE   3/19/04 |
|---|---|
| INMATE'S NAME   Gibson | CDC NUMBER   K65819 | LOCATION   SQSP |

*Line B-2 plus Line C-2 must equal Line A-11/B-1.

## TIME CREDIT WAIVER
### (2934PC)

I, *James Mac Donald*, having been committed for an offense which occured prior to January 1, 1983, understand that conduct credit is granted to me pursuant to Section 2931 of the Penal Code. I am aware that pursuant to Section 2931 of the Penal Code my term shall be reduced by one-third for good behavior and participation.

I hereby waive my rights to the provisions of Section 2931 of the Penal Code. By making the voluntary waiver, I request that future Time Credit be granted pursuant to Section 2933 of the Penal Code.

I am aware and understand that Time Credit will be granted, based upon the work group to which I am assigned as follows:

Work Group A:  For each six months full-time assignment, six months credit, or one day credit for each day assigned for a lesser period.

Work Group B:  For each six months of one-half day assignment or enrollment in a two or four year college program leading to a degree, three months credit, or one day credit for each two days assigned for a lesser period.

Work Group B2:  For each six months on a waiting list, three months credit or one day for each two days on a waiting list for lesser period.

Work Group C:  Zero credit will be earned if I refuse a full time assignment.

Work Group D:  When I am in lockup status due to a disciplinary infraction zero credit will be earned for a period equal to the number of days of any credit loss, which may be extended in six month increments thereafter.

I am also aware that my work group may be changed, by the Department, due to my behavior and/or work performance. This waiver will be effective only when accepted by the Department. I am also aware that this waiver is irrevocable.

This waiver is accepted by the Department and is effective *5-2-85*

Signed: *James Mac Donald*

Number: *C-24488*

Date: *5-2-85*

Witnessed: *(signature)*

Title *Correction Care*

Date *5-2-85*

MAY 08 1985

RECORDS OFFICE
FOLSOM STATE PRISON

CDC619  11/82

20 A

```
                    IWTIP TIME COLLECTION SYSTEM
                    TIME CARD CHANGE PROCESS          V1.2   08/26/89 10:55:16.7
****************************************************************************
CDC NO===> C24488                             APPLIED CREDITS===>          0
NAME=====> MAC DONALD,JAMES,EDWARD             WCR ADJ===========>        0.0
J/P GRP==> D1                                 UNAPPLIED CREDITS=>          0.0
EFF-DATE=> 12-16-1986   WVR-DATE=>    _  _    ETO CREDITS======>        192
****************************************************************************
       TRNS  W-P
SEQ #  TYPE  GRP    DATE FROM         DATE THRU      DAYS DAYS   ETO   ETO    EDD
                                                     WRKD  CR   USED  EARND  HOURS
-----  ----  ---   ----------        ----------     ----  ----  ----  -----  ------
             A1     5-2-85            5-31-85         30
  61   A     A1    06-01-1985        06-30-1985       30   0.0    0     0       0
  64   A     A1    07-01-1985        07-31-1985       31   0.0    0     0       0
  67   A     A1    08-01-1985        08-31-1985       31   0.0    0     0       0
  70   A     A1    09-01-1985        09-30-1985       30   0.0    0     0       0
  73   A     A1    10-01-1985        10-11-1985       11   0.0    0     0       0
  79   A     D1    10-12-1985        10-31-1985       20 10  0.0    0     0       0

FUNCTION: _                                          +82 192
SEQ#: ____  __  __ / __ / ____  __ / __ / ____       ___          ___  ___  ____

   PAGE BACK==> PF1    SELECT==> PF10   MENU==> PF11   END SESSION==> PF12
```

894.5 earned
from 5-2-85 to
2-15-89.

21

LEGAL STATUS

| CDC NUMBER | ALPHA ID | NAME | | TERM STARTS | ETHNIC |
|---|---|---|---|---|---|
| C-52135 | | BURNHAM, Kenneth W. | | 08-19-82 | White |

| MAX. RELEASE DATE | MIN. RELEASE DATE | MIN. ADJ. RELEASE DATE GT CR LOST/AT LARGE/BAIL | PAROLE PERIOD |
|---|---|---|---|
| 01-22-96 | 07-29-91 | | 05 years |

BASE TERM ___15-00___ + ENHANCEMENTS ___00-00___ = TOTAL TERM ___15-00___

GOOD TIME CREDITS AVAILABLE (2931 PC) (PC ___410___ BC ___1228___) = ___1638___

PRE PRISON CREDITS:    CASE NO. ___SJ 32642___

HEARINGS:
RX:   May 1983
DOC:  August 1985
INIT: June 1990

| | |
|---|---|
| 2900.5 PC | 378 |
| 1202.03 PC | |
| 2900.1 PC | |
| CRC | |
| Mental Health | |
| 4019 PC | 189 |
| 2931 PC | |
| Post Sentence | 08 |

TOTAL PRE PRISON CREDITS (DAYS) ___575___

REGISTRATION REQUIRED PER _____

| DATE REC'D | CO. CASE NO. | CT. | CODE & OFFENSE | TYPE WPN. | DATE OF OFFENSE | SENTENCE DATE |
|---|---|---|---|---|---|---|
| CONTROLLING PRINCIPAL AND CONSECUTIVE (INCLUDING ENHANCEMENT) OFFENSE(S): | | | | | | |
| 08-19-82 | SJ 32642 | 01 | P187  MURDER 2nd 15 - Life | Knife | 06-24-81 | 08-10-82 |
| NON-CONTROLLING OFFENSE(S): | | | | | | |
| 08-19-82 | SJ 32642 | 02 | P487.3  GT PERSON | | 06-24-81 | 07-29-82 |

INMATE COPY

DEFENSE ATTORNEY: William Johnson
INVESTIGATING AGENCY:  San Joaquin Sheriff's Office



| NAME | BURNHAM | C-52135 | LPU | 10-22-82 | MK:neg | Page 2 |
|---|---|---|---|---|---|---|

CDC 188C (1/81)

STATE OF CALIFORNIA
CREDIT/TERM COMPUTATION

A.  MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

    1.  _8-19-82_ + _15 yrs_ = _8-19-97_
        RECEIVED DATE    TOTAL TERM     EASE DATE

    2.  Less total preconfinement credit    − _575_

    3.  MAXIMUM ELIGIBLE PAROLE DATE    = _1-22-96_

B.  GOOD TIME CREDIT

    1.  Received date or 7-1-77
        whichever is later    − _8-19-82_

    2.  Days in custody of department    = _4904_

    3.  Postsentence    + _8_

    3.a  Minus enhancement    − _0_

    4.  Days in custody on which
        GTC may be earned    = _4912_

    5.  ÷ 3 = GOOD TIME CREDIT    = _1638_

C.  MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5)    = _7-29-91_

COMMENTS:

_____

_____

_____

_____

============================================

Computed by  _M. King_    _10-5-82_
        Case Records _Oper._    date

Audited by _____  _____
        Case Records    date

**INMATE COPY**

============================================

NAME _Burnham, Kenneth W._    NUMBER _C-52135_    INSTITUTION _LPU_    DATE _10-5-82_

DC 679-L (Rev 12/81)

## CDC CLASSIFICATION SCORE SHEET

RACE/ETHNIC STATUS
(code one):
1-White
2-Mexican descent
3-Black
4-Indian
5-Chinese
6-Japanese
7-Filipino
8-Hawaiian
9-Other

| 1 |
|---|
| 23 |

DATE LAST RECEIVED CDC:
no. day year

| 0 8 | 1 9 | 8 2 |
|---|---|---|
| 24 25 | 26 27 | 28 29 |

COUNTY:

| S | J | O | A | Q |
|---|---|---|---|---|
| 30 | 11 | 12 | 13 | 14 |

BASE OFFENSE:
Murder 2ND
(name)

BASE OFFENSE:
CODE:   NUMBER:

| P | - | 1 | 1 | 8 | 7 |
|---|---|---|---|---|---|
| 15 | 16 17 | 18 | 39 | 40 | 41 |

MINIMUM RELEASE DATE:
mo day year

| L | I | F | E |
|---|---|---|---|
| 42 43 | 44 | 45 | 46 47 |

STATUS (code one):
1-New Commitment
2-PV-WNT
3-PV-RTC

| 1 |
|---|
| 48 |

RECEPTION CENTER:
RCC   NRC
CRC   CCC
RCW   SQ
CIW

| M | C |
|---|---|
| 49 | 50 51 |

### CALCULATION OF SCORE

**BACKGROUND FACTORS**

1. Total DSL Term
   a) Sentence length ( 15 )
   b) Minus 1 year    14 x 4 = | 5 | 6 | 52

2. Stability
   a) Under 26 yrs. at reception    +2 = | 2 | 54
   b) Never married/common law or marriage not intact    +2 = | 2 | 55
   c) Not high school graduate or GED    +2 = | 0 | 56
   d) Not more than 6 months with one employer    +2 = | 0 | 57
   e) No military or not honorable discharge    +2 = | 0 | 58

3. Prior Escapes
   a) # walkaways/escapes    0 x 4 = | 0 | 0 | 59
   b) # breached perimeter or escape is committing crime    0 x 8 = | 0 | 0 | 61
   c) # escapes with force    0 x16 = | 0 | 0 | 63

4. Holds and Detainers
   a) # holds where new prison sentence, deportation likely    0 x 8 = | 0 | 0 | 65

5. Prior Sentences Served
   a) # jail or county juvenile of 31+ days (Limit to 3)    0 x 2 = | 0 | 0 | 67
   b) # CYA, state level juvenile (Limit to 3)    0 x 2 = | 0 | 0 | 69
   c) # CDC, CRC, adult state-federal level (limit to 3)    0 x 4 = | 0 | 0 | 71

i) Total Background Factors Score    +60

Work Skills    | | | | | | 73

**PRIOR INCARCERATION BEHAVIOR**

6. Unfavorable Prior Behavior
   a) # serious or major disciplinaries last incarcerated year    0 x 4 = | 0 | 0 | 7
   b) # escape in last incarceration    0 x 8 = | 0 | 0 | 9
   c) # physical assaults on staff    0 x 8 = | 0 | 0 | 11
   d) # physical assaults on inmates    0 x 4 = | 0 | 0 | 13
   e) # smuggling/trafficking drugs    0 x 4 = | 0 | 0 | 15
   f) # possessing deadly weapons    0 x 4 = | 0 | 0 | 17
   g) # inciting disturbance    0 x 4 = | 0 | 0 | 19
   h) # cause serious injury/assault    0 x16 = | 0 | 0 | 21

   Total Unfavorable Points    -+ | 0 |

7. Favorable Prior Behavior
   a) Successfully completed last four months in any minimum custody or successful dorm living last incarceration    -4
      or successful minimum custody last year of incarceration    -3    | 0 | 23
   b) No serious or major 115's last year of incarceration    -4    | 0 | 24
   c) Full time work/school/voc. above average program last incarcerated year    -4    | 0 | 25

   Total Favorable Credits    - | 0 |

ii) Net Incarceration Behavior Score
   Unfavorable minus Favorable    -+ or - | |

TOTAL COMBINED BACKGROUND FACTORS
AND PRIOR INCARCERATION SCORE    - | 0 | 6 | 0 | 26

Counselor's signature: BAHell

Supervisor's Signature: Vorhan   Date 8-18-82

### CLASSIFICATION STAFF REPRESENTATIVE ACTION

Institution Approved:    Case:

| S Q | - | + | - |
|---|---|---|---|

CSR Last Name:

| K | E | A | R | N | S |
|---|---|---|---|---|---|

F.I.

| D |
|---|

Exceptional Placement *

| + |
|---|

Date of Action:
mo day year

| 0 8 | 3 0 | 8 2 |
|---|---|---|

*Explain Exceptional Placement:

INMATE COPY

CDC NUMBER: (end in Col. 6)   INMATE'S LAST NAME: (start in Col. 7)    INITIALS:   YEAR OF BIRTH:

| C | 5 | 2 | 1 | 3 | 5 | B | U | R | N | H | A | M | | | | K W | 5 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATE OF CALIFORNIA
EDIT/TERM COMPUTATION

## MAXIMUM DSL DATE

1. ___81-6-10___  +  ___17___  =  ___98-6-10___
   RECEIVED DATE        TOTAL TERM         BASE DATE

2. Less total preconfinement credit        −  ___112___

3. MAXIMUM DSL RELEASE DATE                 =  ___2-18-98___


## GOOD TIME CREDIT

1. Received date or 7-1-77
   whichever is later              −  ___6-10-81___

2. Days in custody of department   =  ___6097___

3. Postsentence                    +  ___6___

4. Days in custody on which
   GTC may be earned               =  ___6103___

5. ÷ 3 = GOOD TIME CREDIT              =  ___2035___

MINIMUM DSL RELEASE DATE (A-3 minus B-5)   =  ___7-24-92___
                                              + ___25___
MENTS:  115'S :   12-25-82   WCL 15
         =        8-18-82    WCL 10         8-18-92
                  2-27-83    WCL 90
                  6-5-90     WCR 90
                             25

puted by _____  _____
            Case Records          date

lited by _____  _____
            Case Records          date


E  RICHARD SHEETS  NUMBER C 31700   INSTITUTION        DATE

E79¢ (Rev 12/81)

**A. DSL TERM**

1. TERM ST/  DATE         12-3-87
   (Receive Date)

2. PLUS DSL TERM     1/2   + 3
               P.S.

     EQUALS BASE DATE       = 12-3-90

3. MINUS PRECONFINEMENT CREDIT   133 + 66 + 15 + 7   - 221
   (Preconfinement = Presentence + Postsentence)

4. EQUALS MAX DSL        = 4-26-90

5. MINUS VESTED CREDIT      -
   (1/2 Postsentence credit)

6. ADJUSTED MAX DSL      = 4-26-90

7. MINUS NET CREDIT EARNED     - 402
   (Net Credit = Credit Earned - Credit Loss + Credit Restored)
   (If credit loss is greater than credit earned use negative credit worksheet)

8. CURRENT RELEASE DATE ON DSL TERM    = 3-20-89

9. MINUS DATE CREDIT APPLIED THROUGH    - 2-28-89

10. DAYS LEFT TO SERVE       = 20

11. DIVIDE DAYS TO SERVE BY CURRENT WORK GROUP    = 10
    (1A1/2,A2U,B3,D1G,U3, Round down)

12. CURRENT RELEASE DATE ON DSL TERM (A-8)    3-20-89

13. MINUS (A-11)       - 10

14. PROJECTED EARLIEST DATE DSL TERM COULD END AND
    15/25-LIFE OR 7/9-LIFE TERM BEGINS    = 3-10-89

**B. CALCULATION FOR LIFE SENTENCE WITH 7/9 OR 15/25 YEAR MEPD**

1. LIFE TERM START DATE (A-14)     3-10-89

2. PLUS LIFE TERM (15/25 OR 7/9 YRS)     + 15

3. PROJECTED MAX ELIGIBLE PAROLE DATE    = 3-10-2004
   (STOP HERE FOR 7/9 YEARS TO LIFE CALCULATION)

4. MINUS LIFE TERM START DATE (A-14)    - 3-10-89

5. DAYS IN CUSTODY ON WHICH GTC MAY BE EARNED    = 5479

6. DIVIDE B-5 BY 3 EQUALS GOOD TIME CREDIT (round up)    - 1827

7. PROJECTED MAX ELIGIBLE PAROLE DATE (B-3)    3-10-2004

8. MINUS GOOD TIME CREDITS (B-6)    - 1827

9. EQUALS MINIMUM ELIGIBLE PAROLE DATE (MEPD)    = 3-10-99

**C. PC/BC CALCULATION**  (PC/BC Calculation applicable only for TS/25Yrs)

1. B-6 DIVIDED BY 4    = PC 457    DOC: _____

2. C-1 MULTIPLIED BY 3    = BC 1370    INITIAL: 2/98

| CDC NUMBER | NAME | INSTITUTION | DATE | CCR SPECIALIST |
|---|---|---|---|---|
| D71983 | Gonzales, I | mccc | 4/14/95 | Amaller |

2/8/93

Total Term:  15 Yrs. to Life plus 3 years.

You were received 12-3-87 with a term of (DSL only) 3 years.  The term added to the received date is 12-3-90.  From this date, presentence credits of 199 days granted by the court and postsentence credits of 15 days administratively granted are deducted.  Your Maximum Release Date is 5-3-90.

One-half (½) of the post sentence credits of 15 days (7) is deducted from your Maximum Release Date (5-3-90) to arrive at your Maximum Adjusted Release Date of 4-26-90.

You have earned 402 credits from your Waiver date of 12-3-87 through 2-28-89.  You have lost 0 days through disciplinaries.  You have been restored 0 days credit by the Classification Committee.  The net total credit to be applied to your Maximum Adjusted Release Date is 402.

Attached is a calculation form showing that your Maximum Adjusted Release Date less your net credit leaves a current Release Date of 3-20-89.  From this point we are projecting your Earliest Possible Release Date.  All credit has been applied through 2-28-89.  From 2-28-89 to your current Release Date of 3-20-89, there are 20 days.  You are earning credit based on work group A1.  (One day earned for one day worked.)  Therefore, you will have to serve ½ of these days prior to being released.  One-half (½) of these days is 20.  Ten days subtracted from your Current Release Date of 3-20-89 leaves an Earliest Possible Release Date of 3-10-89.  Life term began 3-10-89.

To calculate life term calculation:

To your earliest possible release date 3-10-89 add the 15 years of the life term to reach your base date.  Subtract total preconfinement credit (0) to obtain maximum eligible parole date 3-10-2004.

Good time credit is calculated by taking your Life Term start date 3-10-89, subtracting from the minimum eligible parole date 3-10-2004, to get days in custody of department 5479, minus post sentence credit 0, this is the days in custody on which goo time credit may be earned 5479.  Divide these days by 3 gives you your good time credit 1827.  Take you maximum eligible parole date 3-10-2004, minus the good time credit 1827, will give your the minimum eligible parole date, 3-10-99.

See attached computation worksheets.

*[signature]* 10-3-91

JOANNE OKAMOTO
Correctional Case Record Specialist

*Gonzales Edward D71983*

COPIED AT STATE EXPENSE

STATE OF CALIFORNIA
CREDIT/TERM COMPUTATION

A.  MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

1.  ___7-5-90___ + ___17 years___ = ___7-5-2007___
      RECEIVED DATE        TOTAL TERM         BASE DATE

2.  Less total preconfinement credit    − 1230

3.  MAXIMUM ELIGIBLE PAROLE DATE    = 2-21-2004

B.  GOOD TIME CREDIT

1.  Received date or 7-1-77
    whichever is later             − 7-5-90

2.  Days in custody of department = 4979

3.  Postsentence                   + -9

4.  Days in custody on which
    GTC may be earned              = 4988

5.  ÷ 3 = GOOD TIME CREDIT              = Please Re

C.  MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5)    = 8-3-99

COMMENTS:

PC 416          BC 1247

Computed by  K Rebello         4-30-92    initial 7/98
             Case Records SRC       date   DOC     7/93

Audited by _____
              Case Records          date

NAME SEPULVEDA    NUMBER E61053    INSTITUTION CCR

CDC 679aL   (Rev 2/83)

STATE OF CALIFORNIA
CREDIT/TERM COMPUTATION

A.  MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

1. ___11-23-94___  +  ___15___  =  ___11-23-2009___
   RECEIVED DATE       TOTAL TERM      BASE DATE

2. Less total preconfinement credit          -  ___701___

3. MAXIMUM ELIGIBLE PAROLE DATE        =  ___12-23-2007___

B. GOOD TIME CREDIT

1. Received date or 7-1-77
   whichever is later              -  ___11-23-94___

2. Days in custody of department   =  ___4778___

3. Postsentence                    +  ___14___

4. Days in custody on which
   GTC may be earned               =  ___4792___

5. ÷ 3 = GOOD TIME CREDIT           =  ___1598___

C. MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5)   =  ___8-8-2003___

COMMENTS:                                              + 90
                  PC 400 BC 1198                    11-6-2003
                           - 90                       + 120
                           1108                     _____ 2004
                          - 120
                           988

========================================================
Computed by _____        12-8-___
               Case Records  Specialist      7-6-95
                                              date

Audited by _____
               Case Records            date
========================================================

NAME                    NUMBER          INSTITUTION        DATE  10-8-95
  Wilson, Timothy         J-41686           PBSP
DC 679aL (Rev 12/81)                                        7-6-95

CREDIT/TERM COMPUTATION

**A.  MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)** 15420

i.  _11-23-94_  +  _20 yrs._  =  _11-23 2009/2014_
         RECEIVED DATE        TOTAL TERM              BASE DATE

2.  Less total preconfinement credit                    - 7/01

3.  MAXIMUM ELIGIBLE PAROLE DATE                        12-22 2013
                                                         12-23-2007

**B.  GOOD TIME CREDIT**

1.  Received date or 7-1-77         - 11-23-94
    whichever is later

2.  Days in custody of department =  4644  4778

3.  Postsentence                   +  14

4.  Days in custody on which       =  4648  4792
    GTC may be earned

5.  ÷ 3 = GOOD TIME CREDIT          =  2206  1598
    (Round up)

MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5)    12-8-2006
                                                 8-8-2003   2-15-95

COMMENTS:

_Doc#1    11/97_

_Unit    7/2002_

===================================
Computed by  _O. Derby_      _1-5-95_
             Case Records      date
===================================
Audited by _____
             Case Records      date
===================================

NAME              NUMBER         INSTITUTION        DATE
_Wilson Kinstley_  _941686_      _SORC_            _1-5-95_

STATE OF CALIFORNIA
CREDIT/TERM COMPUTATION

MAXIMUM ELIGIBLE PAROLE DATE    (LIFERS)

1.  _____11-23-94_____    +    ___15___    =    __11-23-2009__
         RECEIVED DATE              TOTAL TERM           BASE DATE

                                   701 + 7

2.  Less total preconfinement credit (Plus 1/2    -    _____708_____
    Post-sentence Credits)

3.  MAXIMUM ELIGIBLE PAROLE DATE              =    __12-16-2007__


GOOD TIME CREDIT

1.  Received date or 7-1-77          -    __11-23-94__
    whichever is later

2.  Days in custody of department    =    __4771__

3.  Days in Custody on which
    GTC may be earned                =    __1591__

4.  --- 3 = GOOD TIME CREDIT
        (ROUND UP)                              =    __1591__

MINIMUM ELIGIBLE PAROLE DATE (A-3 MINUS B-4)    =    __8-8-2003__
        PC : 398    BC : 1193                        ___+120___
                    -120                             12-6-2003
                    1373

_____



Computed by    P. Nettleton          9-26-96
               Case Records Specialist    Date

NAME                NUMBER          INSTITUTION        DATE
Wilson, Timothy     J 41686         PBSP               9-26-96

RECALCULATION OF MEPD FOR 15-LIFE AND 25-LIFE PRISONERS
RECEIVED PRIOR TO 5-27-87
PURSUANT TO IN RE MONIGOLD (1988) 205 CAL. APP. 3d 1224
NO DSL TERM OR DSL TERM COMPLETED

*Woier 5-2-85*

A. CREDITS VESTED PER PC2934 (If offense date prior to 1-1-83)
1. Total days served prior to waiver date (Waiver date
   - received date + postsentenced credit)                = *1596*
~~2.~~ A1 + 2 (round down)                                  = *298*
3. Less credits lost per PC2932                             - *15*
4. Credits to be vested                                    - *283*
=================================================================
B. MAXIMUM ELIGIBLE PAROLE DATE
1. _80-12-22_ + _17-0-0_                                    = *97-12-22*
   RECEIVED DATE    TOTAL TERM                                BASE DATE
2. Less total preconfinement credit                        - *242*   *4-22-99*
3. Less A4 OR vest 1/2 postsentence credit                 - *283*
4. MAXIMUM ELIGIBLE PAROLE DATE                            = *95-3-7*

C. WORKTIME CREDIT PER PC2933/PC2934
1. Less NET worktime credit earned from waiver/
   received date through 2-15-89 or end of DSL             - *894*
   term if later
2. Current MEPD (cannot exceed B4)                         = *92-9-20*

D. GOOD TIME CREDIT PER PC2931
1. Date credit applied through (2-15-89
   or date DSL term ends if later)                         - *89-2-15*
2. Days left to serve                                      - *1313*
3. Divide by 3 (round up)                                  = *438*
4. PC Balance (D3 ÷ 4)                                     = *109*
5. BC Balance (D4 x 3)                                     = *329*
=================================================================
E. RECALCULATED MEPD (C2 - D3)                             = *91-7-10*
1. Add credits lost for CDC 115's after D1      + PC   BC   *90*
2. Subtract restorations for credit losses in E1 - PC   BC
3. New PC/BC Balance         PC=____ BC=____
4. Add any 7 or 9 year MEPD CS Life term(s)               +

F. ADJUSTED MEPD (E + E1 - E2 + E4)                        = ~~91-7-10~~ *10-8-91*
=================================================================
G. INITIAL PAROLE CONSIDERATION HEARING                    = *6/90*  *9/90*
   (13 months prior to F)                                   MONTH/YEAR

~~H.   NEXT DOCUMENTATION HEARING   #~~                     =
                                                             MONTH/YEAR
=================================================================
Your Minimum Eligible Parole Date has been recalculated pursuant to
In Re Monigold and you have been granted *894* days worktime credit
from _5-2-85_ through 2-15-89/~~the end of your DSL term~~ (circle one).
Your recalculated/~~adjusted~~ (circle one) MEPD is ~~7-10-91~~ *10-8-91* Your initial
life parole consideration hearing will be scheduled during the month
of *6/90* /~~first available calendar~~ (circle one).    *9/96*

*Verna Ruth Young, CCRS*                    *8-25-89*
CASE RECORDS STAFF                           DATE

*C24488*                *MacDonald*          *CSP-C*
NUMBER

DRAFT

## MEPD CALCULATION FOR LIFERS WITH CONSECUT:  DSL TERMS RECEIVED AFTE 2-15-1989 OR NOT AFFECTED BY IN RE MONIGOLD

**A. DSL TERM**

1. TERM START DATE
   (Receive Date)

   *Per DDDS — not written as of 9-16-94*                                 5-19-94

2. PLUS DSL TERM                                                        + 3

   EQUALS BASE DATE

   *Note DSL Term should if we update it started toward prior to 12-11-94*   = 5-19-97

3. MINUS PRECONFINEMENT CREDIT                                          - 784
   (Preconfinement = Presentence + Postsentence)

4. EQUALS MAX DSL                                                       = 3-27-95

5. MINUS VESTED CREDIT                                                  - 3
   (1/2 Postsentence credit)

6. ADJUSTED MAX DSL                                                     = 3-24-95

7. MINUS NET CREDIT EARNED                                              - 0
   (Net Credit = Credit Earned - Credit Loss + Credit Restored)
   (If credit loss is greater than credit earned use negative credit worksheet)

8. CURRENT RELEASE DATE ON DSL TERM                                     =

9. MINUS DATE CREDIT APPLIED THROUGH                                    - 5-19-94

10. DAYS LEFT TO SERVE                                                  = 309

11. DIVIDE DAYS TO SERVE BY CURRENT WORK GROUP                          = 103
    (A1:2, A2:3, B:3, D1:3, U:3, Round down)

12. CURRENT RELEASE DATE  ON DSL TERM (A-8)                             3-24-95

13. MINUS (A-11)                                                        - 103

14. PROJECTED EARLIEST DATE DSL TERM COULD END AND                      = 12-11-94
    15/25-LIFE OR 7/9-LIFE TERM BEGINS

**B. CALCULATION FOR LIFE SENTENCE WITH 7/9 OR 15/25 YEAR MEPD**

1. LIFE TERM START DATE (A-14)                                          12-11-94

2. PLUS LIFE TERM (15/25 OR 7/9 YRS)                                    + 15

3. PROJECTED MAX ELIGIBLE PAROLE DATE                                   = 12-11-2009
   (STOP HERE FOR 7/9 YEARS TO LIFE CALCULATION)

4. MINUS LIFE TERM START DATE (A-14)                                    - 12-11-94

5. DAYS IN CUSTODY ON WHICH GTC MAY BE EARNED                           = 5479

6. DIVIDE B-5 BY 3 EQUALS GOOD TIME CREDIT (round up)                   1827

7. PROJECTED MAX ELIGIBLE PAROLE DATE (B-3)                             12-11-2009

8. MINUS GOOD TIME CREDITS (B-6)                                        - 1827

9. EQUALS MINIMUM ELIGIBLE PAROLE DATE (MEPD)                           = 12-10-2009

**C. PC/BC CALCULATION** (PC/BC Calculation applicable only for 15/25Yrs)

1. B-6 DIVIDED BY 4        = PC_____        DOC: _____

2. C-1 MULTIPLIED BY 3     = BC_____        INITIAL: _____

31

219550            Jackson            CMF            9-17-94    J Sa___
CDC NUMBER         NAME               INSTITUTION

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIO
CREDIT / TERM COMPUTATION - LIFERS
CDC 679-AL (5/91)

A.    MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

1.    *5-19-94*  +  *18 years*                        =  *5-19-201*
      RECEIVED DATE        TOTAL TERM                     BASE DATE

2.    Less total preconfinement credit              -  *784*

3.    MAXIMUM ELIGIBLE PAROLE DATE                  =  *3-27-2*

B.    GOOD TIME CREDIT

1.    Received date or 7-1-77 whichever is later  -  *5-19-94*

2.    Days in custody of department               =  *5791*

3.    Postsentence                                +  *6*

4.    Days in custody on which GTC may            =  *5797*
      be earned

5.    Divided by 3 = GOOD TIME CREDIT             =  *1932*

C.    MINIMUM ELIGIBLE PAROLE DATE (A-3 MINUS B-5)  =  *12-11-2*

COMMENTS:

_____

_____

_____

_____

_____

Computed by_____    Date_____
            Case Records

Audited by *K Moser*                      Date *5/31/94*
            Case Records *Spec*

| CDC NUMBER | INMATE'S NAME | INSTITUTION | DATE |
|---|---|---|---|
| J 19550 | *Jackson* | | *5/31* |

STATE OF CALIFORNIA
CREDIT/TERM COMPUTATION

A. MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

1.  ___12-22-80___        +  ___17-0-0___     =  ___12-22-97___
        RECEIVED DATE             TOTAL TERM            BASE DATE

2.  Less total preconfinement credit          -  ___242___

3.  MAXIMUM ELIGIBLE PAROLE DATE              =  ___4-24-97___

B. GOOD TIME CREDIT

1.  Received date or 7-1-77
    whichever is later            - ___12-22-80___

2.  Days in custody of department = ___5967___

3.  Postsentence                  + ___4___

4.  Days in custody on which
    GTC may be earned             = ___5971___

5.  ÷ 3 = GOOD TIME CREDIT                     =  ___1991___

C. MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5)   =  ___11-11-91___

COMMENTS:                          Adjusted by credit loss  + 65
    ___498 PC___      ___1493 BC___
                      ___- 65___
                      ___1428___                    11-26-91

Computed by  ___C. Gray___        ___12-14-88___
                  Case Records   Spee         date

Audited by  _____        _____
                  Case Records                   date

NAME  C24488        NUMBER  MacDonald    INSTITUTION        DATE

### VESTED CREDITS

### PURSUANT TO PC 2934

A  1. Date Signed Waiver                                    _85-5-2_ ✓

   2. Date Received CDC-on controlling term         − _80-12-22_

   3. Days served to Date                                  = _1592_

   4. Days Post Sentence Credit                         + _−4_

   5. Total Days Served to Date                           = _1596_

B  1. Credits to be Vested Pursuant
      to PC 2934 (A 5 ÷ 2) (Reduce
      fraction to lower whole number)                 = _798_   Next 783 ✓

C  1. Date Received CDC-on controlling term         _80-12-22_

   2. Term                                                  + _17-0-0_

                                                            = _97-12-22_

   3. Pre-Sentence Credits                              − _242_

                                                            = _97-4-24_

   4. Minus B 1                                            − _798_

   5. Max Date                                             = _95-2-16_

   6. Credits Lost Per PC 2932                          + _15_

   7. Adjusted Max Date        15 BC  12-8-81          = _95-3-3_

D  1. Date Signed Waiver                                 − _85-5-2_

   2. No. of Days Left to Serve Pursuant
      to PC 2933                                           = _3592_

   3. Divide Line 2 by 2 (Reduce fraction
      to lower whole number)                           = _1796_

   4. Earliest Possible Release Date   MEPD
      Subtract Line 3 from Line C7                     = _90-4-2_

E  1. Parole Referral Date
      9 months prior to D4                             =

CREDIT/TERM COMPUTATION

**A.** MAXIMUM DSL DATE *Term Starts: 82 - 4 - /*

1. $\underline{80\text{-}12\text{-}22}$ + *5 pc Cs to 2 yrs*          $97\text{-}4\text{-}24$
   RECEIVED DATE    TOTAL TERM                    BASE DATE

2. Less actual time served in custody      * = None
   (PC 2900.5, 2900.1)

3. Adjusted Maximum ~~DSL~~ Date            = $97\text{-}4\text{-}24$

4. Good time credit previously granted by
   court or ~~by CDC~~ on 2900.1 time.     * = None

5. ~~MAXIMUM DSL RELEASE DATE~~ *MEPD*     = $97\text{-}4\text{-}24$

**B.** GOOD TIME CREDIT

1. Maximum DSL (A5)                         $97\text{-}4\text{-}24$

2. Received date or 7-1-77 whichever
   is later                                 - $82\text{-}4\text{-}24$

3. Days in Custody of Department            = 5479

4. Postsentence                            * + None

5. Days in custody on which good time credit
   may be earned                            = 5479

6. ÷ 3 = GOOD TIME CREDIT                   = 1827
   *eligible*

**C.** MINIMUM ~~DSL~~ RELEASE DATE *w/ benefit of credit*

1. Maximum DSL Date (A5)                    $97\text{-}4\text{-}24$

2. Good Time Credit (B5)                    - 1827

3. ~~MINIMUM DSL RELEASE DATE~~            = $92\text{-}4\text{-}23$
   *MEPD w/ benefit of credit*

---

| CREDITS SUBJECT TO LOSS IN PRISON | PRESENTENCE CREDITS |
|---|---|
| 1. Good time Credit (B5) _1827_ | 1. PC 2900.5 (Inc * Postsentence    163 |
| 2. ÷ 4 = Participation credit   = 457 | 2. Conduct Credit previously granted by court  *   79 |
| 3. × 3 = Behavior credit   = 1370 | 3. PC 2900.1 actual    0 |

Computed by *EO Hughes*    12-23-80
Case Records *Door*    date

Audited by *K.C. Mendonsa*    4-23-81
Case Records *Supen*    date

4. PC 2900.1 (PC 2931)    0

*credits applied to 2 years enhancement*

LEGAL STATUS

| CDC NUMBER | ALPHA ID | NAME | | TERM STARTS | ETHNIC |
|---|---|---|---|---|---|
| C-52135 | | BURNHAM, Kenneth W. | | 08-19-82 | white |

| MAX. RELEASE DATE | MIN. RELEASE DATE | MIN. ADJ. RELEASE DATE GT CR LOST/AT LARGE/BAIL | PAROLE PERIOD |
|---|---|---|---|
| 01-22-96 | 07-29-91 | | 05 years |

BASE TERM ___15-00___ + ENHANCEMENTS ___00-00___ = TOTAL TERM ___15-00___

GOOD TIME CREDITS AVAILABLE (2931 PC) (PC ___410___ BC ___1228___) = ___1638___

PRE PRISON CREDITS:    CASE NO. ___SJ 32642___

| | |
|---|---|
| 2900.5 PC | 378 |
| 1202.03 PC | |
| 2900.1 PC | |
| CRC | |
| Mental Health | |
| 4019 PC | 189 |
| 2931 PC | |
| Post Sentence | 08 |

**HEARINGS:**
RX:   May 1983
DOC:   August 1985
INIT:   June 1990

TOTAL PRE PRISON CREDITS (DAYS) ___575___

REGISTRATION REQUIRED PER _____

| DATE REC'D | CO. CASE NO. | CT. | CODE & OFFENSE | TYPE WPN. | DATE OF OFFENSE | SENTENCE DATE |
|---|---|---|---|---|---|---|
| CONTROLLING PRINCIPAL AND CONSECUTIVE (INCLUDING ENHANCEMENT) OFFENSE(S): | | | | | | |
| 08-19-82 | SJ 32642 | 01 | P187  MURDER 2nd 15 - Life | Knife | 06-24-81 | 08-10-82 |
| NON-CONTROLLING OFFENSE(S): | | | | | | |
| 08-19-82 | SJ 32642 | 02 | P487.3  GT PERSON | | 06-24-81 | 07-29-82 |

INMATE COPY

DEFENSE ATTORNEY:  William Johnson
INVESTIGATING AGENCY:  San Joaquin Sheriff's Office

EX. P.

| NAME | BURNHAM | C-52135 | LPU | 10-22-82 | MK:neg | Page 2 |
|---|---|---|---|---|---|---|

CDC 188C (1/81)

STATE OF CALIFORNIA
CREDIT/TERM COMPUTATION

MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

1. _____8-19-82_____      +    _15 yrs_      =    _8-19-97_
         RECEIVED DATE              TOTAL TERM              BASE DATE

2. Less total preconfinement credit         -    _575_

3. MAXIMUM ELIGIBLE PAROLE DATE             =    _1-22-96_

GOOD TIME CREDIT

1. Received date or 7-1-77
   whichever is later                -    _8-19-82_

2. Days in custody of department     =    _4904_

3. Postsentence                      +    _8_

3.2 Minus enhancement                -    _0_

4. Days in custody on which
   GTC may be earned                 =    _4912_

5. ÷ 3 = GOOD TIME CREDIT            =    _1638_

MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5)    =    _7-29-91_

COMMENTS:

_____

_____

_____

=====================================

computed by _M.King_              _10-5-82_
            Case Records Spec.      date

edited by _____           _____
            Case Records            date

=====================================

INMATE COPY

Ex. P.

NAME Burnham, Kennith W.    NUMBER C-52135    INSTITUTION LPU    DATE 10-5-82

C 679eL (Rev 12/81)

39

## CDC CLASSIFICATION SCORE SHEET

RACE/ETHNIC STATUS
(code one):
1–White          6–Japanese
2–Mexican descent 7–Filipino
3–Black          8–Hawaiian
4–Indian         9–Other
5–Chinese                 `1` 23

DATE LAST RECEIVED CDC:
mo `0 8` day `1 9` year `8 2`
24 25  26 27  28 29

COUNTY: `S J O A Q`
30 31 32 33 34

BASE OFFENSE: Murder 2ND
(name)

BASE OFFENSE
CODE: NUMBER:
`P` – `1 8 7`
35  36 37  38 39 40 41

MINIMUM RELEASE DATE:
mo `4` day `I A E` year
42 43  44 45  46 47

STATUS (code one):
1–New Commitment
2–PV-WNT
3–PV-RTC         `1` 48

RECEPTION CENTER:
RCC  NRC
CRC  CCC
RCM- SQ
CIW         `M C C`
49 50 51

### CALCULATION OF SCORE

**BACKGROUND FACTORS**

1. Total DSL Term
   a) Sentence length ( `15` )
   b) Minus 1 year  = `14` x 4 = `5 6` 52

2. Stability
   a) Under 26 yrs. at reception  +2 = `2`
   b) Never married/common law or marriage not intact  +2 = `2` 55
   c) Not high school graduate or GED  +2 = `0` 56
   d) Not more than 6 months with one employer  +2 = `0` 57
   e) No military or not honorable discharge  +2 = `0` 58

3. Prior Escapes
   a) # walkaways/escapes  x 4 = `0` `0 0` 59
   b) # breached perimeter or escape in committing crime  x 8 = `0` `0 0` 61
   c) # escapes with force  x 16 = `0` `0 0` 63

4. Holds and Detainers
   a) # holds where new prison sentence, deportation likely  x 6 = `0` `0 0` 65

5. Prior Sentences Served
   a) # jail or county juvenile of 31+ days (limit to 3)  x 2 = `0` `0 0` 67
   b) # CYA, state level juvenile (limit to 3)  x 2 = `0` `0 0` 69
   c) # CDC, CRC, adult state/federal level (limit to 3)  x 4 = `0` `0 0` 71

i) Total Background Factors Score  + `6 0`

Work Skills `_ _ _ _` 73

**PRIOR INCARCERATION BEHAVIOR**

6. Unfavorable Prior Behavior
   a) # serious or major disciplinaries last incarcerated year  `0` x 4 = `0 0` 7
   b) Escape in last incarceration  `0` x 8 = `0 0` 9
   c) # physical assaults on staff  `0` x 8 = `0 0` 11
   d) # physical assaults on inmates  `0` x 4 = `0 0` 13
   e) # smuggling/trafficking drugs  `0` x 4 = `0 0` 15
   f) # possessing deadly weapons  `0` x 4 = `0 0` 17
   g) # inciting disturbance  `0` x 4 = `0 0` 19
   h) # cause serious injury/assault  `0` x 16 = `0 0` 21
   Total Unfavorable Points  -+ `0`

7. Favorable Prior Behavior
   a) Successfully completed last four months in any minimum custody or successful dorm living last incarceration  -4
      or successful minimum custody last year of incarceration  or  -3  = `0` 23
   b) No serious or major 115's last year of incarceration  -4 = `0` 24
   c) Full time work/school/voc. above average program last incarcerated year  -4 = `0` 25
   Total Favorable Credits  - `0`

ii) Net Incarceration Behavior Score
   Unfavorable minus Favorable  -+ or - `0`

TOTAL COMBINED BACKGROUND FACTORS AND PRIOR INCARCERATION SCORE  - `0 6 0` 26

Counselor's signature: BA Nell

Supervisor's Signature: Burham  Date 8-18-82

EX. P.

### CLASSIFICATION STAFF REPRESENTATIVE ACTION

Institution Approved: `SQ – I I I`  Cat: 

CSR Last Name: `K E A R N S`  P.I. `D`

Exceptional Placement* `I I`

Date of Action: mo `0 8` day `3 0` year `8 2`

*Explain Exceptional Placement:

INMATE COPY

CDC NUMBER: (end in Col. 6)  `C 5 3 1 2 5`
INMATE'S LAST NAME: (start in Col. 7)  `B U R N H A M`
INITIALS: `V W`
YEAR OF BIRTH: `5 4`

40

E OF CALIFORNIA
IT/TERM COMPUTATION

MAXIMUM DSL DATE

1.  _____81-6-10_____ + ___17___ = __98-6-10__
         RECEIVED DATE         TOTAL TERM        BASE DATE

2.  **Less total preconfinement credit**    -    112

3.  MAXIMUM DSL RELEASE DATE              =  2-18-98

GOOD TIME CREDIT

1.  Received date or 7-1-77
    whichever is later          -  6-10-81

2.  Days in custody of department =  6097

3.  Postsentence               +    6

4.  Days in custody on which
    GTC may be earned          =  6103

5.  ÷ 3 = GOOD TIME CREDIT                =  2035

MINIMUM DSL RELEASE DATE (A-3 minus B-5)   = 7-24-92
ENTS:                                       +   25
    115'5 :   12-25-82  WCL 15
      =       8-18-82   WCL 10          8-18-92
              2-27-83   WCL 90
              6-5-90    WCR 90
                          25

=====================================
uted by _____     _____
        Case Records          date
=====================================
ted by _____     _____
        Case Records          date
=====================================

                NUMBER              INSTITUTION        DATE
                                    Ex. P.

E792 (Rev 12/81)

STATE OF CALIFORNIA
CREDIT/TERM COMPUTATION

A.  MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

1.  _07-11-86_ + _15-00_ = _07-11-2001_
    RECEIVED DATE        TOTAL TERM        BASE DATE

2.  Less total preconfinement credit        - _288_

3.  MAXIMUM ELIGIBLE PAROLE DATE        = _09-26-2000_

B.  GOOD TIME CREDIT        vest _1 - 1_
                                    _9-25-2000_

1.  Received date or 7-1-77
    whichever is later        - _07-11-86_

2.  Days in custody of department    = _5191_

3.  Postsentence        + _02_

4.  Days in custody on which
    GTC may be earned.        = _5193_

5.  ÷ 3 = GOOD TIME CREDIT        = _1731_

C.  MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5)    = _12-31-95_

COMMENTS: _____

_____

_____

_____

_____

_____

Computed by _Dorothy Vaughn_    _9-4-86_
            Case Records _Spec_    date

Audited by _____    _9-5-86_
          Case Records _Super._    date

NAME _Ischaan_    NUMBER _D-34046_    INSTITUTION _LPU_    DATE _9-4-86_

CDC 679aL  (Rev 2/83)        _Ex.P._

STATE OF CALIFORNIA
**CREDIT / TERM COMPUTATION - LIFERS**
CDC 679-AL (5/91)                                                                    DEPARTMENT OF CORRECTIONS

**A.**    MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

   1. ___4/5/84___   +   ___22 YS___        =   ___4/5/2016___
      RECEIVED DATE            TOTAL TERM                  BASE DATE

   2. Less total preconfinement credit    _1021_        -    _1031_

   3. MAXIMUM ELIGIBLE PAROLE DATE                    =    _10/9/2013_

**B.**    GOOD TIME CREDIT

   1. Received date or 7-1-77 whichever is later  -  _4/5/84_

   2. Days in custody of department          =  _10657_

   3. Postsentence                          +  _15_

   4. Days in custody on which GTC may
      be earned                             =  _10672_

   5. Divided by 3 = GOOD TIME CREDIT                  =  _3558_

**C.**    MINIMUM ELIGIBLE PAROLE DATE (A-3 MINUS B-5)    =  _9/12/2003_

COMMENTS:                                            WCF  + 390
___PC: 890___                                           10/6/2004
      ___BC: 26068___                               WCR -  90
                                                         7/8/2004
   ___Doc# 4  11/98___
   ___Initial  10/2003___

Computed by _S. Roberts_          _12/9/07_
                                   Date
            Case Records ___SoC___

Audited by_____          _____
            Case Records_____          Date

| CDC NUMBER | INMATE'S NAME | INSTITUTION | DATE |
|---|---|---|---|
| C83699 | Cobb | CCI-4B | 12/9/97 |

STATE OF CALIFORNIA
CREDIT/TERM COMPUTATION

A. MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

1. _04-05-84_  +  _32_  =  _04-05-2016_
   RECEIVED DATE      TOTAL TERM      BASE DATE

2. Less total preconfinement credit        -  _1031_

3. MAXIMUM ELIGIBLE PAROLE DATE            =  _06-09-2013_

B. GOOD TIME CREDIT

1. Received date or 7-1-77
   whichever is later        -  _04-05-84_

2. Days in custody of department  =  _10 657_

3. Postsentence            +  _15_

4. Days in custody on which
   GTC may be earned       =  _10 672_

5. ÷ 3 = GOOD TIME CREDIT   P.'S = 890    =  _3558_
                            C.C.S = 2668

C. MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5)   =  _09-12-2003_

COMMENTS: BCR'S          BCC'S            6-16-86   +30
                         6-16-86   30.              10-12-2003
          45.            7-24-86  180.    7-24-86   +180
          45.            3-1-87   180.              4-9-2004
          90             390               3-1-87   +180
                                                    10-6-2004
                                          BCR'S   =  90

                         INITIAL: 6-2003   =  7-8-2004

Computed by  R. Darden          6/20/84
             Case Records Spec   date

Audited by  M. Clupe            7-1-84
            Case Records Sup     date

NAME                NUMBER          INSTITUTION      DATE
COBB                C-83699         LPU              6/20/84
CDC 679aL  (Rev 2/83)

Inmate did not sign waiver.

44

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA CORRECTIONAL INSTITUTION
TEHACHAPI, CALIFORNIA

## DSL COMP

A. MAXIMUM DSL DATE:

1. ___1981-04-05___ + __7 yr DSL__ = __1981-04-05__
   Received Date          Total Term        Base Term

2. Less Total Preconfinement Credits        - ___1031___

3. Maximum DSL Release Date        = __1988-06-08__

B. GOOD TIME CREDITS:

1. Received date or 7-1-77        - __1981-04-05__
   which ever is later

2. Days in custody of department   = ___1525___

3. Post Sentence Credits        + ___15___

4. Days in custody in which        = __1540__
   Good Time Credits may be earned

5. ÷ 3 = Good Time Credit        = ___514___

   *7 yr DSL completed*

C. MINIMUM DSL RELEASE DATE (A-3 minus B-5)   = __1987-01-11__
   *DS-L commenced*

COMMENTS: __Inmate did not sign waiver__

_____

_____

_____

_____

COMPUTED BY: _____ _____
             Case Records Staff          Date

AUDITED BY: _____ _____
            Case Records Staff           Date

*******************************************************************

INMATE
NAME: _Cobb_        NUMBER: _C-83699_        INST. _CCJ 4/2_

45

**MINIMUM DSL TERM CALCULATION FOR PENAL CODE SECTION 667 (E)
OFFENDERS - OFFENSE COMMITTED ON OR AFTER MARCH 7, 1994**

---

**A.    MAXIMUM DSL DATE**

1.  <u>12-1-95</u>        +        <u>7 yrs</u>        =        <u>12-1-2002</u>
    RECEIVED DATE              TOTAL TERM                  BASE DATE

2.  LESS PRE/POST CREDIT/ 1/2 POST        -        <u>624</u>
        A00        200      16 / 8

3.  MAXIMUM DSL        =        <u>3-17-2001</u>

**B.    MAXIMUM GOOD TIME CREDITS ALLOWED**

1.  MAXIMUM DSL (A3)                <u>3-17-2001</u>

2.  RECEIVED DATE            -        <u>12-1-95</u>

3.  DAYS IN CUSTODY OF DEPARTMENT    =    <u>1933</u>

4.  DIVIDE BY FIVE - GOOD TIME CREDITS    -    <u>386.6</u>
    (Round Down To Whole Number)

**C.    MINIMUM DSL**

1.  MAXIMUM DSL (A3)                <u>3-17-2001</u>

2.  GOOD TIME CREDITS (B4)        -        <u>386.6</u>

3.  MINIMUM DSL                    <u>2-25-2000</u>

---

Noussias, Nicholas    D46818    RJDCF    C. Cross, CCRS    1-22-98

Reviewed Cal. 10/13/99

D. Sanchez, ccc

46

STATE OF CALIFORNIA
CREDIT/TERM COMPUTATION

MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

1.  ___8-19-82___ + ___15 mo___ = ___8-19-97___
       RECEIVED DATE        TOTAL TERM        BASE DATE

2.  Less total preconfinement credit        -  ___575___

3.  MAXIMUM ELIGIBLE PAROLE DATE        =  ___1-22-96___

GOOD TIME CREDIT

1.  Received date or 7-1-77
    whichever is later        -  ___8-19-82___

2.  Days in custody of department  =  ___4904___

3.  Postsentence        +  ___8___

3.2 Minus enhancement        -  ___0___

4.  Days in custody on which
    GTC may be earned        =  ___4912___

5.  ÷ 3 = GOOD TIME CREDIT        =  ___1638___

MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5)  =  ___7-29-91___

MMENTS:

_____

_____

_____

_____

mputed by  _M. King_        _10-5-82_
              Case Records  Rep.        date

dited by  _____        _____
              Case Records        date

INMATE COPY

ME  _Burnham, Kenneth W._   NUMBER  _C-52135_   INSTITUTION  _LPU_   DATE  _10-5-82_

C 679aL (Rev 12/81)

(47)        EX.P. ██

**A. DSL TERM**

1. TERM START DATE — 12·3·87
   (Receive Date)

2. PLUS DSL TERM — + 3    1/2 P.S.

   EQUALS BASE DATE — = 12·3·90

3. MINUS PRECONFINEMENT CREDIT — 133 + 66 +15 +7 — – 221
   (Preconfinement = Presentence + Postsentence)

4. EQUALS MAX DSL — = 4·26·90

5. MINUS VESTED CREDIT — –
   (1/2 Postsentence credit)

6. ADJUSTED MAX DSL — = 4·26·90

7. MINUS NET CREDIT EARNED — – 402
   (Net Credit = Credit Earned - Credit Loss + Credit Restored)
   (if credit loss is greater than credit earned use negative credit worksheet)

8. CURRENT RELEASE DATE ON DSL TERM — = 3·20·89

9. MINUS DATE CREDIT APPLIED THROUGH — – 2·28·89

10. DAYS LEFT TO SERVE — = 20

11. DIVIDE DAYS TO SERVE BY CURRENT WORK GROUP — = 10
    (A1½, A2½, B½, D1½, U3. Round down)

12. CURRENT RELEASE DATE ON DSL TERM (A-8) — 3·20·89

13. MINUS (A-11) — – 10

14. PROJECTED EARLIEST DATE DSL TERM COULD END AND 15/25-LIFE OR 7/9-LIFE TERM BEGINS — = 3·10·89

**B. CALCULATION FOR LIFE SENTENCE WITH 7/9 OR 15/25 YEAR MEPD**

1. LIFE TERM START DATE (A-14) — 3·10·89

2. PLUS LIFE TERM (15/25 OR 7/9 YRS) — + 15

3. PROJECTED MAX ELIGIBLE PAROLE DATE — = 3·10·2004
   (STOP HERE FOR 7/9 YEARS TO LIFE CALCULATION)

4. MINUS LIFE TERM START DATE (A-14) — – 3·10·89

5. DAYS IN CUSTODY ON WHICH GTC MAY BE EARNED — = 5479

6. DIVIDE B-5 BY 3 EQUALS GOOD TIME CREDIT (round up) — = 1827

7. PROJECTED MAX ELIGIBLE PAROLE DATE (B-3) — 3·10·2004

8. MINUS GOOD TIME CREDITS (B-6) — – 1827

9. EQUALS MINIMUM ELIGIBLE PAROLE DATE (MEPD) — = 3·10·99

**C. PC/BC CALCULATION** (PC/BC Calculation applicable only for 15/25Yrs)

1. B-6 DIVIDED BY 4 — = PC 457    DOC:

2. C-1 MULTIPLIED BY 3 — = BC 1370    INITIAL: 2/98

D71983 — CDC NUMBER    Gonzales, E — NAME    Mesa — INSTITUTION    4/14/95 — DATE    CCR SPECIALIST

2/B/93

Total Term: 15 Yrs. to Life plus 3 years.

You were received 12-3-87 with a term of (DSL only) 3 years. The term added to the received date is 12-3-90. From this date, presentence credits of 199 days granted by the court and postsentence credits of 15 days administratively granted are deducted. Your Maximum Release Date is 5-3-90.

One-half (½) of the post sentence credits of 15 days (7) is deducted from your Maximum Release Date (5-3-90) to arrive at your Maximum Adjusted Release Date of 4-26-90.

You have earned 402 credits from your Waiver date of 12-3-87 through 2-28-89. You have lost 0 days through disciplinaries. You have been restored 0 days credit by the Classification Committee. The net total credit to be applied to your Maximum Adjusted Release Date is 402.

Attached is a calculation form showing that your Maximum Adjusted Release Date less your net credit leaves a current Release Date of 3-20-89. From this point we are projecting your Earliest Possible Release Date. All credit has been applied through 2-28-89. From 2-28-89 to your current Release Date of 3-20-89, there are 20 days. You are earning credit based on work group A1. (One day earned for one day worked.) Therefore, you will have to serve ½ of these days prior to being released. One-half (½) of these days is 20. Ten days subtracted from your Current Release Date of 3-20-89 leaves an Earliest Possible Release Date of 3-10-89. Life term began 3-10-89.

To calculate life term calculation:

To your earliest possible release date 3-10-89 add the 15 years of the life term to reach your base date. Subtract total preconfinement credit (0) to obtain maximum eligible parole date 3-10-2004.

Good time credit is calculated by taking your Life Term start date 3-10-89, subtracting from the minimum eligible parole date 3-10-2004, to get days in custody of department 5479, minus post sentence credit 0, this is the days in custody on which good time credit may be earned 5479. Divide these days by 3 gives you your good time credit 1827. Take you maximum eligible parole date 3-10-2004, minus the good time credit 1827, will give you the minimum eligible parole date 3-10-99.

See attached computation worksheets.

*J. Okamoto* 10-3-91

JOANNE OKAMOTO
Correctional Case Record Specialist

*Gonzales Edward D71983*

COPIED AT STATE EXPENSE

PURSUANT TO IN RE MONIGOLD (1988) 205 CAL. APP. 3d 1224
NO DSL TERM OR DSL TERM COMPLETED

A. CREDITS VESTED PER PC2934 (If offense date prior to 1-1-83)
   1. Total days served prior to waiver date (Waiver date
      - received date + postsentence credit)                    = _____
   2. A1 ÷ 2 (round down)                                        = _____
   3. Less credits lost per PC2932                               = _____
   4. Credits to be vested                                       = _____

B. MAXIMUM ELIGIBLE PAROLE DATE
   1. __1-11-86__ + __15 mo__                                    = __7-11-2001__
      RECEIVED DATE    TOTAL TERM                                   BASE DATE
   2. Less total preconfinement credit                           = __288__
   3. Less A4 OR vest 1/2 postsentence credit                    = __91__
   4. MAXIMUM ELIGIBLE PAROLE DATE                               = __9-25-2000__

C. WORKTIME CREDIT PER PC2933/PC2934
   1. Less NET worktime credit earned from waiver/
      received date through 2-15-89 or end of DSL
      term if later                                              = __852__
   2. Current MEPD (cannot exceed B4)                            = __5-27-98__

D. GOOD TIME CREDIT PER PC2931
   1. Date credit applied through (2-15-89
      or date DSL term ends if later)          = __2-15-89__
   2. Days left to serve                       = __3388__
   3. Divide by 3 (round up)                                     = __1129__
   4. PC Balance (D3 ÷ 4)                       = __282__
   5. BC Balance (D4 x 3)                       = __847__

E. RECALCULATED MEPD (C2 - D3)                                   = __4-24-95__
   1. Add credits lost for CDC 115's after D1      + PC ___ BC __60__
   2. Subtract restorations for credit losses in E1  - PC ___ BC ___
   3. New PC/BC Balance                     PC=282 BC= 787
   4. Add any 7 or 9 year MEPD CS Life term(s)       + _____

F. ADJUSTED MEPD (E + E1 - E2 + E4)                              = __6-23-95__

G. INITIAL PAROLE CONSIDERATION HEARING                          = __5/94__
   (13 months prior to F)                                           month/year

H. NEXT DOCUMENTATION HEARING   # 2                              = __7/92__
                                                                    month/year

Your Minimum Eligible Parole Date has been recalculated pursuant to
In Re Monigold and you have been granted __852__ days worktime credit
from __7-11-86__ through 2-15-89/the end of your DSL term (circle one).
Your recalculated/adjusted (circle one) MEPD is __6-23-95__ Your initial
life parole consideration hearing will be scheduled during the month
of __5/94__/first available calendar (circle one).

_Mena Orozco_                          __3/31/92__
CASE RECORDS STAFF                        DATE

__D-34046__      _Dorhanie Michael_          _RJD_
NUMBER              NAME                   INSTITUTION
5/89             FORM A - SIDE 1          Ex. P.

STATE OF CALIFORNIA
CREDIT/TERM COMPUTATION

A. MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

1. _07-11-86_ + _15-00_ = _07-11-2001_
   RECEIVED DATE      TOTAL TERM      BASE DATE

2. Less total preconfinement credit      −    _288_

3. MAXIMUM ELIGIBLE PAROLE DATE      =  _09-26-2000_

Vest    −  1

B. GOOD TIME CREDIT            9-25-2000

1. Received date or 7-1-77
   whichever is later            −  _07-11-86_

2. Days in custody of department    =  _5191_

3. Postsentence            +    _02_

4. Days in custody on which
   GTC may be earned            =  _5193_

5. ÷ 3 = GOOD TIME CREDIT            =  _1731_

C. MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5)  =  _12-31-95_

COMMENTS: _____

_____

_____

_____

_____

Computed by _Dorothy Vaughn_    _9-4-86_
              Case Records _Spec_    date

Audited by _____    _9-5-86_
              Case Records _Super._    date

NAME _Ischasar_    NUMBER _D-34046_    INSTITUTION _LPU_    DATE _9-4-86_

CDC 679aL  (Rev 2/83)

STATE OF CALIFORNIA
CREDIT TERM COMPUTATION

A. MAXIMUM ELIGIBLE PAROLE DATE (LIFERS)

1. ___7-11-86___ + __15-Life__ = __2001-7-11__
   RECEIVED  DATE        TOTAL TERM              BASE DATE

2. LESS TOTAL PRECONFINEMENT CREDIT        −    288

3. MAXIMUM ELIGIBLE PAROLE DATE            =  2000-9-26

                                               1
                         Ver
                      Adj Max ——— 9-25-2000

B  GOOD TIME CREDIT

   1. RECEIVED DATE OR 7-1-77
      WHICHEVER IS LATER                    −   7-11-86

   2. DAYS IN CUSTODY OF DEPARTMENT         =   5,190

   3. POSTSENTENCE                          +    2

   4. DAYS IN CUSTODY ON WHICH
      GTC MAY BE EARNED                     =   5192

   5. ÷  3 = GOOD TIME CREDITS              =   1730

C. MINIMUM ELIGIBLE PAROLE DATE (A-3 minus B-5 )  =  1-1-96

COMMENTS:

_____

_____

_____

_____

COMPUTED BY _J. Bolus_        3-12-88
             CASE RECORDS        DATE

AUDITED BY _____
             CASE RECORDS        DATE

NAME  Tschasar          NUMBER            INSTITUTION         DATE
                        D-34046           Folsom
CDC 679 (REV 2/83)

52

STATE OF CALIFORNIA
CA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|-----|-----|-----|
| 3-12-98 | Records "Cross" RJDCF | NOUSSIAS | D-46818 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB HOURS |
|---------|-----------|-----------------|-----------|
| M B3 | 132 | Fac 1 2/w yard crew | FROM 0600  TO 1400 |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS |
|---|---|
| | FROM ___ TO ___ |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I would like to get a clarification to the attached Feb. 9, 1998 letter I sent to Records on the day in question. Thank you

Noussias

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DISPOSITION                                                          DATE 4/6/98

You can not be held past your Max CDD date.

C. Cross, CCS

F1-03-132L  Olivia

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| March 12th | Case Records~ O. Occonner | EiFerMAN, GARRET | H-53382 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB HOURS | | |
|---|---|---|---|---|---|
| Fac 1- 6-3 | 132 L | Auto Body & Fender | FROM 7:00 am | TO 4:00 pm | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS | | |
|---|---|---|---|
| N-A | FROM N-A | TO N-A | |

## Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I would like to Know, Once My Max Release date is set, can I
Be Held pAst My MAx date If I dont Receive Any Disciplin
Infractions? THAnk you Very much for your time.
                                                R. Hart

Do NOT write below this line. If more space is required, write on back

INTERVIEWED BY
Response : O. M'Oonnor                                    DATE 3-19-98

DISPOSITION
You can be held past your release date as long as
so it does not go beyond your maximum release
date.

(Fi)

54

# EXHIBIT D



| California Department of Corrections OPERATIONS MANUAL | Chapter:     70000 Case Records Information |
| | Subchapter:  73000 Legal |
| | Section:     73010 Legal Status Information |

These cases require special processing following determination by the BPT. The procedures for producing a manually prepared Legal Status Summary as outlined in DOM Subsection 73010.6 will be followed.

These procedures shall be followed in preparing, computing, and recording BPT actions for DSL indeterminate terms.

**DSL Indeterminate Term Only**

Regular ISL procedures shall be followed using the BPT Form 1010 for recording the determination and making the period of confinement computation.

**DSL Indeterminate CC with DSL Term**

If the minimum release date for the DSL term is later than the statutory maximum for the DSL indeterminate term, no BPT parole hearing is required. If the DSL minimum is earlier than the maximum term for the indeterminate offense, the inmate shall be scheduled for an ISL parole hearing. The later release date shall be the controlling release date.

**DSL Indeterminate CC with ISL Term**

Regular ISL procedures shall be followed using the BPT Form 1010 for recording the determination and making the period of confinement computation. In addition, a PC 1170.2(a) recalculation shall be made for the ISL terms.

**DSL Indeterminate CS with DSL Term**

Schedule the DSL indeterminate case for the first available ISL parole consideration hearing for determination of the indeterminate case only. A BPT Form 1010 shall be used for this determination. The reception date for the ISL computation shall be the date originally received on the offenses involved.

The release date for the DSL indeterminate offense shall be the term start date on the DSL term. A DSL computation shall then be completed for the remaining DSL term.

**DSL Indeterminate CS with ISL Term**

Schedule an ISL parole consideration hearing on the first available ISL hearing calendar. The ISL portion of the BPT determination shall be processed in accordance with existing ISL hearing procedures.

**Combined DSL Recalculation and ISL Hearing for the DSL Indeterminate Case**

During the ISL parole consideration hearing, the BPT hearing panel shall enter in the comments section of the BPT Form 1010, a determination of the amount of time assessed for the DSL indeterminate offense for the purpose of determining the CS factor of the recalculation.



| California Department of Corrections OPERATIONS MANUAL | Chapter: 70000 Case Records Information |
|---|---|
| | Subchapter: 73000 Legal |
| | Section: 73010 Legal Status Information |

A separate BPT Form 1010 shall be used by the specialist to compute the release date for the DSL indeterminate case. This BPT Form 1010 shall be attached to the original form with a notation, "see ISL BPT Form 1010 dated _____."

This release date shall be used as the term start date in the computation on the CDC Form 678, Confinement Computation, for the recalculation of the remaining counts or cases.

A PC 1170.2(b) (extended term) screening shall be made at the time of initial processing to ensure completion prior to 90 days after receipt.

Upon completion of the recalculation of the counts or cases, the CDC Form 678 shall be presented to a BPT panel for signature.

**73010.6.17 DETERMINATE 1-YEAR AND-1-DAY TERMS**

PC 4532(a), Escape From County Jail Without Force, where the crime was committed on or after 1-1-85, has a determinate sentence of one year and one day.

The procedure for producing a manual face sheet as outlined in DOM Subsection 73010.6 shall be followed except for DOM Subsection 73010.6.3, Release Data. Release dates shall not be calculated by the LPU on these cases. The specialist at the institution housing the inmate shall compute the release date upon receipt of the manual face sheet.

No referral to the BPT is required and those cases are calculated in the same manner as for other DSL terms.

**73010.6.18 INFORMATION RECORDED ON BOTTOM OF CDC FORM 188**

On cases with life terms, enter the following information above the name, number, etc., at the bottom of the first page:

- Defense Counsel.

- Investigating agency.

Record on each page of the Cumulative Case Summary the last name, number, unit of the Department, date, the initials of the CRS who calculated the case and the initials of the typist.

EXAMPLE:

JONES    A50000    RC-C    1-12-88    RO/cs

56A



| | | |
|---|---|---|
| California<br>Department of<br>Corrections<br><br>**OPERATIONS<br>MANUAL** | **Chapter:** 70000<br>Case Records Information | |
| | **Subchapter:** 73000<br>Legal | |
| | **Section:** 73030<br>Time Computation | |

**73030.17<br>ISL TERMS**

Terms for offenses committed prior to 7-1-77 under the Indeterminate Sentence Law pursuant to PC Section 1168(b), where release was determined by the paroling authority, are called ISL cases.

**73030.17.1<br>RECALCULATION<br>OF ISL TERMS**

The majority of terms under the ISL require recalculation based on the Determinate Sentence Law (DSL) pursuant to PC Section 1170.2.

The DSL provides several indeterminate sentences for specific crimes. Those crimes which remain indeterminate do not require recalculation.

- Any case for which the statutory penalty is one-year-and-one-day, except as specified determinate in the PC, is an indeterminate sentence under this section. See DOM subsection 73010.6.18 on DSL indeterminate terms.

**73030.17.2<br>ISL PRIMARY TERM FIX**

In re Rodriguez (14 Cal 3d 639 1975) held that the paroling authority (BPT) must determine the time of incarceration based on the severity of the crime(s). AND "PROMPTLY" UPON ENTERING CDC.

**73030.17.3<br>EXTENDED TERM<br>CONSIDERATIONS**

PC Section 1170.2(b) gives the BPT authority to hold hearings for the purpose of possibly extending an inmate's normally recalculated DSL term. These are called Extended Term Hearings (ETH).

**73030.17.3.1<br>FIRST SCREENING**

The Correctional Case Records Manager (CCRM) is responsible for the first screening of an inmate's case dynamics to determine if an ETH may be necessary. The CCRM shall be guided by the law in determining if the inmate fits the criteria for an ETH.

A CDC Form 678 shall be completed in all applicable cases even for those not meeting the criteria for an ETH. The CDC Form 678 shall accompany the central file through the screening process.

**73030.17.3.2<br>CRITERIA FOR EXTENDED<br>TERM HEARINGS**

The CCRM shall indicate an ETH is required if the inmate was convicted of any of the following crimes, or in the following circumstances, whether the count was stayed or resulted in a commitment to State prison:

- PC Section 187, Second degree murder.

- PC Section 192, Voluntary manslaughter.

- PC Section 203, Mayhem.

- PC Sections 211/213, First degree robbery or robbery with great bodily injury.

---

57



| | | Chapter: 70000<br>Case Records Information |
|---|---|---|
| | California<br>Department of<br>Corrections<br><br>OPERATIONS<br>MANUAL | Subchapter: 73000<br>Legal |
| | | Section: 73030<br>Time Computation |

- Early release. Any case in which the ISL parole date is more than one year later than the DSL release date.

**73030.17.3.3**
**NOT AN ETH CASE,**
**PC 1170.2(A)**

The CDC Form 144, DSL Control Card, shall be checked in the appropriate space to indicate it is not an ETH case and it will be filed with other CDC Form 144 cards in the normal manner, with earliest release dates first.

**73030.17.3.4**
**INITIALLY AN**
**ETH CASE**

If the correctional case records manager, during the first screening, determines that the inmate meets ETH criteria, the CDC Form 144 card shall be marked to reflect it as a PC Section 1170.2(b) case. The DSL Control Card shall be filed with other ETH DSL Control Cards.

**73030.17.3.5**
**SUBSEQUENT**
**SCREENING**

The BPT may do second and third ETH screenings. Frequently, the third BPT screening will take place without second screening. The BPT can designate a case a PC 1170.2(a) case at any point during the screening process.

If the BPT determines that an inmate is a PC 1170.2(a) (no ETH necessary), then the correctional case records manager shall update the CDC Form 144 to reflect that change.

The third BPT screening shall be reflected on BPT Form 1091. The original shall remain with the C-file with copies going to BPT Headquarters, Research, and the inmate.

If the case is an overdue PC 1170.2(a) case, or scheduled for release within 60 days according to the DSL calculation, the case shall be referred to P&CSD within five days of discovery. The CDC Form 611 shall be identified as a priority case.

**73030.17.3.6**
**EXTENDED TERM**
**HEARING**

PC 1170.2(b) and 3041.5 require that the inmate be notified within 90 days of receipt into the Department if he/she is scheduled for an ETH and the hearing must be held within 120 days of receipt. The 120 days is computed from the latest of the date:

*120 DAYS*

- Of reception.

- Of return to prison from court.

- On return to prison from another jurisdiction following service of a commitment to which a California term is ordered to be served consecutively.

- An amended Abstract of Judgment is received by CDC.

58

BOARD OF PRISON TERMS                                          STATE OF CALIFORNIA

## NOTICE OF HEARING
### Pursuant to Penal Code Section 3042

DATE   10-01-92                          TYPE OF HEARING

                                        [X] Life Prisoner Initial Parole
                                            Consideration Hearing
                                            (P.C. 3041, 3041.7 & 3042)

TO:  The Honorable  L.A. CARDENAS, PRESIDING      [ ] Life Prisoner Subsequent Parole
     Judge of the Superior Court                      Consideration Hearing
     County of  ORANGE                                (P.C. 3041, 3041.7, & 3042)
     700 CIVIC CENTER DR. WEST
     SANTA ANA        CA    92701               [ ] Extended Term Hearing
                                                   (P.C. 1170.2(b) )

                                               [ ] Other

RE:   Name:   PROTOPAPPAS, TONY           CDC No.:   C-95128      SHOWING THEIR ARE AWARE OF "EXTENDED TERM FORMS OF HEARINGS"

      Court Case No.:  C-52021            PD/SO No.:

      D.O.B.:  6-1-45                      Received:  10-31-84

      Offense:  PC 187, MURDER 2nd

The named inmate will appear before the Board of Prison Terms for a hearing as indicated above. The hearing
will be held during the week of ___DECEMBER 10, 1992 AT 8:30 A.M.___

Your comments and recommendations regarding this case are respectfully invited for presentation to the Board of
Prison Terms. Please submit your written response on the reverse side or by attachment to this notice no later than
ten days prior to the Monday of the hearing week.

A representative of the District Attorney's Office may attend this hearing as provided in Title 15, Division 2, Cal.
Adm. C. §2030. If a prosecutor wishes to attend, please notify the person named below at least two weeks prior to
the Monday of the hearing week. Failure to provide notice of attendance may result in denial of access to the
institution for the hearing. Information not available in the hearing file must be received in writing no later than ten
days before the Monday of the hearing week even if a prosecutor plans to attend the hearing.

Please mail reply to:    RUBY WATERS, ASST. C&PR
                         RICHARD J. DONOVAN CORRECTIONAL FACILITY
                         480 ALTA ROAD
                         SAN DIEGO, CA. 92179

BOARD OF PRISON TERMS                                              STATE OF CALIFORNIA

# NOTICE OF HEARING
Pursuant to Penal Code Section 3042

DATE:     10-1-92

TYPE OF HEARING

[X]  Life Prisoner Initial Parole
     Consideration Hearing
     (P.C. 3041, 3041.7 & 3042)

TO:   JAMES P. CLONINGER
      Office of the District Attorney
      County of __ORANGE___
      707 CIVIC CENTER DR. W. RM. A200
      SANTA ANA_____ CA  92702·

[ ]  Life Prisoner Subsequent Parole
     Consideration Hearing
     (P.C. 3041. 3041.7, & 3042)

[ ]  Life Prisoner Rescission Hearing
     (P.C. 3041.7)

[ ]  Extended Term Hearing
     (P.C. 1170.2(b) )

[ ]  Other

RE:   Name:   PROTOPAPPAS, TONY          CDC No.:    C-95128

      Court Case No.:   C-52021          PD/SO No.:

      D.O.B.:  6-1-45                     Received:   10-31-84

      Offense:   PC 187, MURDER 2nd

The named inmate will appear before the Board of Prison Terms for a hearing as indicated above. The hearing

will be held during the week of ___DECEMBER 10, 1992 AT 8:30 AM_____.

Your comments and recommendations regarding this case are respectfully invited for presentation to the Board of
Prison Terms. Please submit your written response on the reverse side or by attachment to this notice no later than
ten days prior to the Monday of the hearing week. If you have documents or reports which include information
about the prisoner, the prisoner's offense(s), or the prisoner's prior criminal history, you are encouraged to submit
those along with your comments and recommendations.

A representative of the District Attorney's Office may attend this hearing as provided in Title 15, Division 2, Cal.
Adm. C. §2030. If a prosecutor wishes to attend, please notify the person named below at least two weeks prior to
the Monday of the hearing week. Failure to provide notice of attendance may result in denial of access to the
institution for the hearing. Information not available in the hearing file must be received in writing no later than ten
days before the Monday of the hearing week even if a prosecutor plans to attend the hearing.

The prosecutor may arrange to review the prisoner's department file at the institution by calling the person named
below. If this is a subsequent parole consideration hearing, the transcript of last year's hearing is also available
for review at the institution.

Please mail reply to:    RUBY WATERS, ASST. C&PR
                         RICHARD J. DONOVAN CORRECTIONAL FACILITY
                         480 ALTA ROAD
                         SAN DIEGO, CA. 92179

60

BOARD OF PRISON TERMS                                    STATE OF CALIFORNIA

## NOTICE OF HEARING
### Pursuant to Penal Code Section 3042

DATE::    10-01-92

TYPE OF HEARING

[X] Life Prisoner Initial Parole
    Consideration Hearing
    (P.C. 3041, 3041.7 & 3042)

TO:    ROBERT FULLER
       ATTORNEY AT LAW
       13215 E. PENN ST. STE 310
       WHITTIER,        CA    90602

[ ] Life Prisoner Subsequent Parole
    Consideration Hearing
    (P.C. 3041, 3041.7, & 3042)

[ ] Extended Term Hearing
    (P.C. 1170.2(b) )

[ ] Other

RE:    Name::  PROTOPAPPAS, TONY              CDC No.:  C-95128

       Court Case No.:    C-52021             PD/SO No.:

       D.O.B.:  6-1-45                        Received:  10-31-84

       Offense:  PC 187, MURDER 2nd

       Location of Offense:  534 W. 19th ST., COSTA MESA

The named inmate will appear before the Board of Prison Terms for a hearing as indicated above. The hearing

will be held during the week of ___DECEMBER 10, 1992 AT 8:30 AM_____

Your comments and recommendations regarding this case are respectfully invited for presentation to the Board of
Prison Terms. Please submit your written response on the reverse side or by attachment to this notice no later than
ten days prior to the Monday of the hearing week. If you have documents or reports which include information
about the prisoner, the prisoner's offense(s), or the prisoner's prior criminal history, you are encouraged to submit
those along with your comments and recommendations.

A representative of the District Attorney's Office may attend this hearing as provided in Title 15, Division 2, Cal.
Adm. C. §2030. If a prosecutor wishes to attend, please notify the person named below at least two weeks prior to
the Monday of the hearing week. Failure to provide notice of attendance may result in denial of access to the
institution for the hearing. Information not available in the hearing file must be received in writing no later than ten
days before the Monday of the hearing week even if a prosecutor plans to attend the hearing.

Please mail reply to:    RUBY WATERS, ASST. C&PR
                         RICHARD J. DONOVAN CORRECTIONAL FACILITY
                         480 ALTA ROAD
                         SAN DIEGO, CA. 92179

BPT 1087C (Rev. 10/1/83)

# EXHIBIT E

*C.C.R., TITLE 15, DIVISION 2*

*62*

Title 15

**Board of Prison Terms**

§ 2404

(c) Matrix of Base Terms for Second Degree Murder on or after November 8, 1978.

*(handwritten, circled) SEVERE TRAUMA WITH DEADLY INTENSITY*

### CIRCUMSTANCES

*(circled) SECOND DEGREE MURDER Penal Code 1190 15 years and does not include post conviction credit as provided in § 2290*

*(handwritten) PRIOR TO CREDIT REDUCTION*

| | A. Indirect — Victim died of causes related to but not directly the act of the prisoner but not so directly that the prisoner could not be said to have caused the death, e.g. shock producing heart attack; a crime partner actually did the killing | B. Direct or Victim Contribution — Death was almost immediate or resulted in but partially from contribution (known from the confrontation), e.g. victim initiated struggle or goaded prisoner... in defense of act or property | C. Severe Trauma — Death resulted from severe trauma inflicted with deadly intensity, e.g. beating, clubbing, stabbing, strangulation, suffocation, burning, multiple wounds inflicted with a weapon not resulting in immediate death; or actions calculated to induce terror in the victim |
|---|---|---|---|
| **I. Participating Victim** — V. Victim was accomplice or otherwise implicated in a criminal act with the prisoner during which or as a result of which the death occurred, e.g. crime partner, drug dealer, etc. | 15-16-17 | 16-17-18 | 17-18-19 |
| **II. Prior Relationship** — M. Victim was involved in a personal relationship with prisoner (spouse, family member, friend, etc.) which contributed to the motivation for the act resulting in death. If victim had a personal relationship but prisoner failed to commit the offense see Category IV. | 16-17-18 | 17-18-19 | 18-19-20 |
| **III. No Prior Relationship** — Victim had little or no personal relationship with prisoner, or motivation for act resulting in death was related to the accomplishment of another crime, e.g. death of a victim during robbery, rape, or other felony. | 17-18-19 | 18-19-20 | 19-20-21 |

### SUGGESTED BASE TERM

**HISTORY**

NOTE: Authority cited: Section 5076.2, Penal Code. Reference: Sections 3040 and 3041, Penal Code.

1. Editorial correction filed 10-8-81; effective thirtieth day thereafter (Register 81, No. 41).
2. Amendment of subsection (a) filed 1-20-88; operative 2-19-88 (Register 88, No. 5).

**§ 2404. Circumstances in Aggravation of the Base Term.**

(a) General. The panel may impose the upper base term or another term longer than the middle base term upon a finding of aggravating circumstances. Circumstances in aggravation of the base term include:

(1) The crime involved some factors described in the appropriate matrix in a category higher on either axis than the categories chosen as most closely related to the crime;

(2) The victim was particularly vulnerable;

(3) The prisoner had a special relationship of confidence and trust with the victim, such as that of employee-employer;

(4) The murder was committed to preclude testimony of potential or actual witnesses during a trial or criminal investigation;

(5) The victim was intentionally killed because of his race, color, religion, nationality or country or origin;

(6) During the commission of the crime the prisoner had a clear opportunity to cease but instead continued;

Page 75

(4-1-90)

