

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

Dear Sir or Madam:

Your action has been filed as civil case number **C 07 3160 SBA (PR)**

It appears that you have not attached a ~~complaint or~~ petition to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

(IFP Application / no complaint)
(blank complaint form attached)
HC

5/03