UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

07 JUN 15 PM 4:16

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C 07 3160

SBA  (PR)

Dear Sir or Madam:

Your petition has been filed as civil case number _____

Your petition is deficient because:

1. ✓ You did not pay the appropriate filing fee of $5.00. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.

2. ___ The In Forma Pauperis Application you submitted is insufficient because:

___ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

___ Your In Forma Pauperis Application was not completed in its entirety.

___ You did not sign your In Forma Pauperis Application.

___ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

___ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

___ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

Warning: If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

rev. 4/01

JAMESON