**RECEIVED**

JUN 1 3 2007

CLAUDIA WILKEN
U.S. DISTRICT JUDGE

SCOTT JAMESON E-filing
3503 Andy Street
Long Beach, CA 90805-3907
Ph.: 562-602-2977

30 May 2007

**C 07 3160**

**SBA**

Your Honor: JUDGE C. WILKEN

**(PR)**

I am writing regarding an issue I am familiar with, i.e., the overcrowding in California prisons, as I believe that someone may be looking into it in your Court. If they are not, I believe they should, regarding the issue herein, as it is unbelievable to me as a veteran and United States Citizen that tens-of-thousands of citizens in our nation that have broken the law and paid the price imposed on them by the Court long ago have been kept as political prisoners by a prison system that has a vested financial interest in keeping as many persons imprisonment -- illegal or not -- as possible. In fact, the California prison system and specifically the California Correctional Peace Officers Association or CCPOA shsould be charged with criminal racketeering under federal RICO statutes for using actual human beings for capital gains. I speak from experience, as the attached exhibits will show that my brother, who committed an offense in 1982, went to CDCR in 1984, had his Minimum Eligible Parole Date (MEPD) set at 1992 and his Maximum Release Date (MRD; if he did everything wrong and did not earn any credits) set at 26 July 1999 in 1984, is still imprisoned under the Zero Release Policy (fn. 1) 15 years passed his set MEPD and 8 years after what would have been his Maximum Release Date.

The enclosed is one example of what could be thousands. For political reasons, California Judges have rarely even wanted to admit that the Zero Release Policy exists. Nevertheless, there have been a handful of cases where it has been addressed, only to have the highly political California Supreme Court step in -- against all evidence -- and state it does not exist, because a token few have actually been released. My brother's story is reflective of thousands. A maximum MRD, pursuant to statute (Cal. Code of Regs. (CCR), Title 15, Div. 2, § 2000(b)(64), is defined as the latest date a person can be held in confinement under the DSL (Determinate Sentencing Law enacted in 1977). The language could not be clearer or more mandatory. Yet, as shown by the enclosed, my brother is still being held.

If, due to their offense, a person is not going to have their MRD set, then California law mandates an "Extended Term Hearing" be held within 120 days pursuant to California Penal Code (PC)

1. This "Zero Release Policy" is sometimes erroneously referred to as the "Zero Parole Policy." Although the result is the same, the word "parole" (which is defined as "early release") implies a person is not being released "early." In fact, tens-of-thousands are being told they are not going to

1

Senior District Judge
United States District Court
30 May 2007
Page Two

§ 1170.2.  This pre-July 1977 statute was brought to post-June
1977 offenses via PC § 5078.  The entire argument is enclosed,
but my point is that prison staff are ignoring mandatory and
unambiguous statutes in order to keep illegally and unconstitu-
tionally extend sentences over and over and over.  Each time
my brother goes to an erroneously titled "Subsequent Parole Con-
sideration Hearing," when his parole window closed, as it was
finite at a maximum of 5 years, which should be titled Sentence
Extension Hearing, it is never a question of release.  The only
thing that occurs is that the parole board makes up a neverending
list of trivial, unjustified, statutorily-violating reasons as
to why one should not get released and then picks how many more
years they will give -- in violation of the Separation of Powers
doctrine.  This is a violation of the doctrine, because once the
DSL was enacted in 1977, so-called "Life" sentences were repealed
and replaced with sentences that had options from, e.g., 15 years
to life, with 15 years being the Base Term set by the Court in
my brother's case.

I recently read the "Receiver's Report Re Overcrowding" by the
Receiver Robert Sillen in Plata v. Schwarzenegger, No. C01-1351-
T.E.H., in the USDC Northern District of California (San Francisco)
submitted to the Honorable THELTON E. HENDERSON.  As expected,
the root of all the problems is prison overcrowding.  My brother
is one of a group of approximately 10,000 that have long exceeded
their fixed maximum dates (MRD), but is keep in prison simply
to be kept and help empires within empires grow.  He entered
in his 20s for a second-degree murder (where the deceased died
because of medical treatment rather than his wounds) and he is
now in his 50s.  Just last year, he started experiencing panic
and anxiety attacks, which he claims came out of no where.  In
fact, I am sure it is because of prison overcrowding.  Six months
ago they signed him to see a psychiatrist and then again a few
months later, but, as usual, he has seen no one.  His anxiety is
from the never being able to get away from people -- ever.  He
has never committed a violent act in prison, although he himself
has been subjected to being assaulted by large groups of organized
gang members  (he refuses to join one), has been shot by prison
guards in the head, and abused in a plethora of ways throughout
the years.  He has studied a neverending list of vocations and
has studied law for twenty years; which is why I have become
aware of such issues.  No matter what he does and despite the
Court fixing his Base Term (see attached exhibits; **EXHIBIT A**)
at 15 years plus 2 years for enhancements and CDCR also fixing
his MRD max date upon his commitment to prison, CDCR has become
so arrogant, corrupt and, in my opinion, criminal (RICO Act),
that he is just kept for the sake of being kept.  It is like
the story of the Emperor having no clothes on.  Everyone seems

2

Senior District Judge
United States District Court
30 May 2007
Page Three

to know about California's "Dirty Little Secret" and the false
imprisonment or political imprisonment of its citizens to keep
the prisons full, but no one wants to talk about it.

Because of this imprisonment in violation of law, the U.S. Consti-
tution, and basic human rights, thousands languish unnecessarily
in California prisons solely for the financial benefit of the
CCPOA and the Prison Industrial Complex. Many, like my brother,
have jobs, a family, a wife, a home, employment offers and employ-
ment skills, have done nothing violent since their offense, but
prison staff are simply ignoring mandatory statutory language
in a well-known conspiracy to ensure the Zero Release Policy.
The standard for parole release is known as the Normal Person
Standard, in that PC § 3041 states one years before a Minimum
Eligible Parole Date (MEPD) prison officials "shall normally"
fix a release date. "Normally" is 99+% (a lightswitch normally
turns on a light) and "shall," of course, is mandatory. Instead,
less than one percent that go before the release board is given
a release date, never one year before their MEPD (§ 3041). This
less than one percent group is normally someone that was not
directly involved in the offense, but was convicted as an aider
and abettor. Barry's MEPD was in 1992, he is going back to this
corrupt so-called release board in September of this year, and
all they will do, as they have for everyone (absent a token few
for almost two decades) is sentence him again to more time.

As you probably know by now, California prison officials and
their Governor's solution is to put more persons in prison. Absent
ethics and morals, they have absolutely no incentive ever to
do one thing to reduce overcrowding. In the Report by Sillen,
the Receiver, it states that prison guards are overworked and
underpaid, yet many are making over $100,000 a year and they
usually spend at least half-to-three-quarters of their shifts
bored and reading magazines or playing dominoes. They are bored
from doing nothing, and start at about $75,000 with a GED or
high school education. I am disgusted as a citizen who has worked
in the United States Postal Service and run my own business for
the past thirty years that prison guards are making $100,000
a year for sitting around and doing almost nothing, while the real
solution -- education -- is being ignored, and teachers are paid
next to nothing.

I hope that somehow you will have the courage to inquire as to
what is going on, and why persons like my brother are being kept
imprisoned under the Zero Release Poolicy, in direct intent and
language of statute. One of my best friends throughout the past
couple of decades is a prison guard, and the information I am
proffering is not only from my brother and biased, but from my
friend. He substantiates what my brother claims, as do a plethora

3

Senior District Judge
United States District Court
30 May 2007
Page Four

of Court cases acknowledging the "Zero Parole/release Policy."
I find it astounding that this "policy" is discussed year after
year, for over a decade in litigation, while actual human beings
sit in cells. Animals in this country are not treated in such
a manner.

Because of the ongoing issues with overcrowding, I wanted to
write and point out the Zero Release Policy. My brother Barry
pointed out a case called Greenholtz v. Inmates of the Neb. Penal
& Corr. Complex, 442 U.S. 1 (1979). That case discussed the
liberty interest created by parole release statutes. What that
case does not show is what occurred in Nebraska in 1979 when
the Warden and his cronies refused to release persons to keep
their prisons full. Barry and I discussed this with a person
that was there, in the prison, and the Court ordered the Guard
in to physically remove the Warden and his conspirators. They
went through the files, and anyone who had not received a disci-
plinary "ticket" in 6 months and had reached their minimum date
was released. In the case of my brother, who gets day-for-day
or halftime credits pursuant to Cal. PC §§ 2931/2933/2934, he
has 24 years of actual time, will receive another 5 years sentence
extension in September, will then have 29 years of actual time
with approximately 27 years of credits before he is considered
again, which amounts to a total of 56 years creditted towards his
sentence. His Base Term sentencing guideline range in the C.C.R.,
Title 15, Div. 2, § 2403(c) is from 15 years (minimum and mitigated)
to 21 years (maximum and aggravated) -- prior to reduction of
credits. He has served over two maximum Matrix Base Terms al-
ready, with no end in sight. No one can read California statutes
and justify such.

I pray that you will consider this false imprisonment that violates
the Federal Constitution to the core when considering prison
overcrowding, and take proactive steps as the Court in Greenholtz
did. Your consideration would be appreciated.

                              Sincerely yours,

                              Scott Jameson

Enclosures

xc Judge Henderson
   Judge Wilkins
   Judge Karlton