```
BARRY S. JAMESON
CDCR No. C88511
P.O. Box 8502
Coalinga, CA 93210-8502
No Phone, Fax nor E-mail
Petitioner,
Representing Self and
Layman at Law, Under
Disability of Imprisonment
```

FILED
2007 JUL 27 PM 2: 17

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BARRY SIMON JAMESON,

    Petitioner,

vs.

JAMES A. YATES,

    Respondent.

CASE NO. C 07 3160 SBA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Barry Simon Jameson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?  Yes ___  No  XX

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __Zero/NA__  Net: __Zero/NA__

Employer: __Incarcerated for 24 years with no income at all and no paying assignment in prison for almost a decade.__

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Been imprisoned for 24 years.  Have not had a minimal prison pay assign-
5  ment since 1999, and last job outside of prison was at Bell Helmets in
6  the 1970's.

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or                Yes ___ No _X_
10        self employment
11   b.   Income from stocks, bonds,             Yes ___ No _X_
12        or royalties?
13   c.   Rent payments?                         Yes ___ No _X_
14   d.   Pensions, annuities, or                Yes ___ No _X_
15        life insurance payments?
16   e.   Federal or State welfare payments,     Yes ___ No _X_
17        Social Security or other govern-
18        ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21       None; not applicable.
22 / / /

23 3.   Are you married?                         Yes ___ No _X_
24 Spouse's Full Name: _____None_____
25 Spouse's Place of Employment: __NA__
26 Spouse's Monthly Salary, Wages or Income:  NA
27 Gross $__NA__   Net $__NA__
28 4.   a.   List amount you contribute to your spouse's support:$ _NA_

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____None_____

__/ / /_____

5.  Do you own or are you buying a home?    Yes ___ No _X_

Estimated Market Value: $__NA_____ Amount of Mortgage: $_____NA

6.  Do you own an automobile?    Yes ___ No _X_

Make ___NA_____ Year ___NA_____ Model _____NA_____

Is it financed? Yes _NA_ No _NA_ If so, Total due: $ _None_____

Monthly Payment: $ ___None_____

7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: ____None_____

__/ / /_____

Present balance(s): $ _NA_____

Do you own any cash? Yes ___ No _X_ Amount: $ ___ØØ.ØØ_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

__/ / /_____

8.  What are your monthly expenses?

Rent: $ __None_____ Utilities: __None_____

Food: $ __None_____ Clothing: __None_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| None | $ NA | $ NA |
| None | $ NA | $ NA |
| None | $ NA | $ NA |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

None

/ / /

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?  Yes ___  No  X   Not a lawsuit; habeas corpus action. Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Jameson v. Ratelle; USDC SD Cal.; 3:1:1997cv00326 and

Jameson v. Ratelle; 9th Cir.; 00-56443.

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

29 June 2007                                   *Barry Simon Jameson*

DATE                                             SIGNATURE OF APPLICANT
                                                 BARRY SIMON JAMESON
                                                 Petitioner, pro se

| | |
|---|---|
| 1 | BARRY SIMON JAMESON |
| | CDCR No. C88511 |
| 2 | P.O. Box 8502    Case Number: C 07 3160 SBA (PR) |
| | Coalinga, CA 93210-8502 |
| 3 | No Phone, Fax nor E-Mail |
| 4 | Petitioner, |
| | Representing Self and |
| 5 | Layman at Law, Under |
| | Disability of Imprisonment |

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Barry Simon Jameson__ for the last six months at __Pleasant Valley State Prison__ where (s)he is confined.
[prisoner name] / [name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __ØØ.ØØ__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __ØØ.ØØ__, and most of the time in the negative.

Dated: _____        _____
[Authorized officer of the institution]

REPORT ID: TS3030                                                    REPORT DATE: 07/12/07
                                                                     PAGE NO:         1
                         CALIFORNIA DEPARTMENT OF CORRECTIONS
                            PLEASANT VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: JAN. 12, 2007 THRU JUL. 12, 2007

ACCOUNT NUMBER  : C82511                    BED/CELL NUMBER: FB2T1050000119L
ACCOUNT NAME    : JAMESON, BRENT                ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                              TRUST ACCOUNT ACTIVITY

                      << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT
 DATE       HOLD
 PLACED     CODE        DESCRIPTION                COMMENT         HOLD AMOUNT
 ---------  ----        -----------                -------         -----------
 02/06/2007 H109    DAMAGES HELD                   A02492 7C            15.00

                              TRUST ACCOUNT SUMMARY
 BEGINNING    TOTAL      TOTAL         CURRENT      HOLDS      TRANSACTIONS
 BALANCE      DEPOSITS   WITHDRAWALS   BALANCE      BALANCE    TO BE POSTED
 ---------    --------   -----------   -------      -------    ------------
    0.00         0.00         0.00        0.00        15.00          0.00

                                                       CURRENT
                                                       AVAILABLE
                                                       BALANCE
                                                       ---------
                                                          15.00-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  July 12, 2007
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: Isabel S. Abunda
    TRUST OFFICE
    Account Clerk II

07 July 2007

Inmate Trust Office:

Please fill out (date and sign) the enclosed forms. Please send one to the Court in the envelope provided herein and return one to me for my records.

*Barry Jameson*
BARRY JAMESON C88511
B2-119L
PVSP

Barry Jameson
CDCR # C88511 (B2-1194)
P.O. Box 8502
Coalinga, CA
93210-8502

LEGAL MAIL

Clerk of
District Court
Northern District of
California - Oakland
1301 Clay Street, #400
Oakland, CA
94612