EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
ELIZABETH S. KIM, State Bar No. 166599
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5715
  Fax: (415) 703-5843
  Email: Elizabeth.Kim@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BARRY SIMON JAMESON,<br><br>                              Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden,<br><br>                              Respondent. | C07-03160 SBA<br><br>**REPLY TO OPPOSITION TO MOTION TO DISMISS**<br><br>Judge:    The Honorable<br>             Saundra B.<br>             Armstrong |

**REPLY**

    Respondent Warden moved to dismiss Petitioner Jameson's habeas corpus petition on the ground that he failed to exhaust his state court remedies. Respondent moved to so dismiss because Petitioner's habeas petition only identified the state-court petitions that he filed to challenge his underlying criminal conviction, and not those pertaining to his current federal habeas claims. (Pet. at 4-5.) Moreover, a search of the California Supreme Court docket using Petitioner's name showed that he had filed 25 petitions in the Supreme Court; thus, Respondent was unable to readily identify the petition that might relate to the current claims, if any did. (Ex.

1 - Search Results for Cal. Sup. Ct.)

To his opposition, Petitioner attached the California Supreme Court's August 16, 2006 decision denying his habeas petition. Based on the case number indicated on the order, Respondent was able to request a copy of the corresponding petition from the California Supreme, and now concedes that Petitioner has exhausted his state court remedies.

After the Court's ruling on this motion, however, Respondent requests an opportunity to file another motion to dismiss based on Petitioner's failure to state a prima facie case for relief and the statute of limitations. The entire crux of Petitioner's habeas petition is that he is being held past his determinate term because Petitioner alleges that he received a fixed sentence of fifteen years plus a two-year enhancement, with a five-year parole term. (*See* Pet. at 13.) But the Abstract of Judgement attached to Petitioner's habeas petition shows that he received a seventeen-year-to life indeterminate term for a second-degree murder conviction. (Ex. A to Pet. - Abstract of J.) The fact that the sentencing court selected fifteen years as Petitioner's base term does not change the indeterminate nature of Petitioner's sentence. Cal. Penal Code § 190(a) (punishment for second-degree murder is imprisonment in the state prison for a term of fifteen years to life).

Moreover, because Petitioner alleges that he should have been released by August 1999, his alleged maximum release date (pet. at 16), his claim accrued in August 1999 and he had until August 2000 to file his federal petition. Because he filed the original petition in June 2007, his petition is untimely.

Thus, because there are additional grounds on which to dismiss Petitioner's claims, Respondent requests an opportunity to file another motion to dismiss.

\\\

\\\

\\\

Reply to Opp'n to Mot. to Dismiss

*Jameson v. Yates*
C07-03160 SBA

## CONCLUSION

Because Petitioner has now satisfied his burden of showing exhaustion of his state-court remedies, Respondent respectfully requests an opportunity to file another motion to dismiss on the grounds briefly discussed above. Alternatively, Respondent requests sixty days from the Court's ruling on this motion to dismiss to file an answer to the habeas petition.

Dated: December 3, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Elizabeth S. Kim*

ELIZABETH S. KIM
Deputy Attorney General
Attorneys for Respondent

40189950.wpd
SF2007200731

Reply to Opp'n to Mot. to Dismiss

*Jameson v. Yates*
C07-03160 SBA

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Barry Jameson v. James Yates**

Case No.:    **C07-03160 SBA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 4, 2007</u>, I served the attached

**REPLY TO OPPOSITION TO MOTION TO DISMISS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Barry S. Jameson
C-88511
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210
in pro per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 4, 2007**, at San Francisco, California.

_____          _____
        M. Xiang                                   Signature
        Declarant