# EXHIBIT 1

# CALIFORNIA APPELLATE COURTS
### Case Information



- Supreme Court
- Welcome
- Search
- E-mail
- Calendar
- Help
- Opinions
- C|C home

## Search Results - Supreme Court    Change court

**Search by Case Party**
Last Name or Organization: JAMESON
First Name: barry

<< Search screen
1 - 25 of 26 Records Found.
next

Click on the case number for more information about a case.

| Supreme Court Case Number | Court of Appeal Case Number | Trial Court Case Number |
|---|---|---|
| S158200 JAMESON (BARRY SIMON) ON H.C. | | |
| S153220 JAMESON (BARRY) ON H.C. | | |
| S147680 JAMESON v. TERHUNE | D047824 | GIS9465 |
| S138122 JAMESON (BARRY S.) ON H.C. | | |
| S129270 JAMESON v. SCHWARZENEGGER | C045463 | 02AS05909 |
| S129022 JAMESON (BARRY S.) ON H.C. | | |
| S124211 JAMESON (BARRY S.) ON H.C. | | |
| S112128 JAMESON (BARRY S.) ON H.C. | | |
| S108108 JAMESON (BARRY S.) ON H.C. | | |
| S101555 JAMESON (BARRY S.) ON H.C. | | |
| S087374 GONZALES, EDWARD v. THE SUPERIOR COURT OF SAN DIEGO COUNTY | D035005 | HSC 10251 |
| S069378 JAMESON, BARRY S. | | |
| S063592 JAMESON, BARRY S. | | |
| S061489 JAMESON (BARRY S.) ON H.C. | | |
| S053264 | D024588 | HC11510 |

JAMESON, BARRY S.
S052662
JAMESON, BARRY S.
S051807
JAMESON, BARRY S.
S051245
JAMESON, BARRY
S051122
JAMESON, BARRY
S039560             D019783              HC111510
JAMESON, BARRY S.
S039297
JAMESON, BARRY S.
S039097
JAMESON, BARRY S.
S031707
JAMESON, BARRY S.
S030263
JAMESON, BARRY S.
S022350             D014758              HC 11634
JAMESON (BARRY S.) ON H.C.

next

© 2007 Judicial Council of California