IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY SIMON JAMESON,<br><br>    Petitioner,<br>v.<br><br>JAMES A. YATES, Warden,<br><br>    Respondent. | No. C 07-03160 SBA (PR)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition signed today, this action is DISMISSED WITH PREJUDICE for failure to state a federal claim for habeas relief.

IT IS SO ORDERED.

DATED: 9/14/09

                                          _Saundra B Armstrong_
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge

P:\PRO-SE\SBA\HC.07\Jameson3160.jud.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

BARRY SIMON JAMESON,

    Plaintiff,

v.

JAMES A. YATES et al,

    Defendant.

Case Number: CV07-03160 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barry Simon Jameson CDCR # C88511
Pleasant Valley State Prison
Post Office Box 8502
Coalinga, CA 93210-8502

Dated: September 16, 2009

                                Richard W. Wieking, Clerk
                                By: LISA R CLARK, Deputy Clerk